UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **SCOT CARLEY, on behalf of Himself and All Others Similarly Situated,**<br><br>　**Plaintiff,**<br><br>**VERSUS**<br><br>**CREST PUMPING TECHNOLOGIES, LLC**<br><br>　**Defendant.** | **NO. MO:15-CV-00161-RAJ-DC** |

## **ORDER**

　Considering the foregoing Unopposed Motion for Leave to Exceed Page Limit for Motion for Summary Judgment on Claim of Plaintiff, Scot Carley,

　**IT IS HEREBY ORDERED** that Crest is **GRANTED** leave to exceed the twenty (20) page limitation for its dispositive motion not to exceed twenty-eight (28) pages.


　Midland, Texas, this _____ day of _____, 2016.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JUDGE DAVID COUNTS
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

{B1104781.1}