## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **SCOT CARLEY, on behalf of Himself and All Others Similarly Situated,** | |
| **Plaintiff,** | **NO. MO:15-CV-00161-RAJ-DC** |
| **VERSUS** | |
| **CREST PUMPING TECHNOLOGIES, LLC** | |
| **Defendant.** | |

### DECLARATION OF KEVIN DENNIS

I, Kevin Dennis, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following statements are true and correct based on my personal knowledge of the facts and records referenced herein:

1. I am a person of sound mind who is more than 18 years of age and capable of making this Declaration.

2. I am employed by Nine Energy Service, LLC ("Nine"), as the Regional Operations Manager and previously worked for Crest Pumping Technologies, LLC ("Crest"), a subsidiary of Nine now doing business as Nine. I have worked for Crest and then Nine since 2012.

3. Crest provides downhole cementing, acidizing and pump down services to meet the expectations of operators for complex unconventional and conventional wells.

EXHIBIT
2

4. In my position, I am responsible for, among other things, overseeing and managing the operations of the Sweetwater and Jacksboro Districts, including personnel, purchasing, and logistics.

5. Crest is a motor carrier regulated by the U.S. Department of Transportation ("DOT") operating under USDOT Number 2264972, and has been a registered motor carrier since 2012.

6. Attached to this Declaration as Exhibit A is copy of the Company Snapshot as of May 22, 2016, made available to the general public by the Federal Motor Carrier Safety Administration through its Safety and Fitness Electronic Records ("SAFER") System online at www.safer.fmcsa.dot.gov.

7. As reflected in the attached Company Snapshot, Crest engages in the interstate transportation of oilfield equipment, chemicals, and dry cement.

8. In my position, I have access to and am familiar with records reflecting the fleet used in Crest's business, which fleet includes but is not limited to pump trucks, bulk trucks, and one ton and larger trucks to which gooseneck trailers may be attached for transporting heavy equipment and materials used on jobs.

9. A boost trailer has a gross weight rating of 12,000 pounds.

10. An air trailer has a gross weight rating of 15,000 pounds.

11. Brandon Brown ("Brown") and Scot Carley ("Carley") were employed by Crest during 2014 as cement service supervisors, also referred to as cementers.

12. The primary duty of a cementer, including Brown and Carley, is to direct and supervise the other members of the cement crew – the pump operator and bulk truck drivers – in the performance of the job, and to oversee the successful completion of the job.

{B1104310.1}

13. In their positions, Brown and Carley were each assigned one ton trucks.

14. Brown was assigned a 2014 Ford 350 truck identified for reference purposes by Crest as Unit #110037, which had a gross vehicle weight rating of 11,500 pounds.

15. Carley was assigned a 2014 Ford 350 truck identified for reference purposes by Crest as Unit #110047, which had a gross vehicle weight rating of 11,500 pounds.

16. The gross combined weight rating of a pump truck in Crest's fleet is approximately 80,000 - 96,000 pounds.

17. The gross combined weight rating of a bulk truck in Crest's fleet is approximately 80,000 pounds.

18. Cement crews, including cementers, have always been required or are reasonably expected to travel across state lines to provide services to customers.

19. From 2012 to present, Crest uses cement crews based out of Sweetwater, Texas, to travel to New Mexico to perform jobs for customers with operations in that state.

20. Cement crews, including cementers, have always been required to possess a valid Commercial Driver's License for employment.

21. Crest's business records include, but are not limited to, personnel, payroll, operational, and other records, including records relating to its vehicle fleet, motor carrier status, and interstate transportation ("Business Records").

22. Crest's Business Records are made at or near the time of the events by a person with knowledge of the substance of the records.

23. Crest regularly makes and maintains its Business Records in the ordinary course of its business.

24. I have personal knowledge of the Business Records of Crest referenced herein and attached hereto.

25. Through employment at Crest, I personally know Brown and Carley, and I am familiar with Business Records related to their employment, including the following records attached hereto:

    a.  2014 W-2 for Scot M. Carley, Exhibit B;

    b.  Employee Status Change Form effective February 18, 2014, for Scot M. Carley, Exhibit C;

    c.  Cement Job Log dated March 16, 2014, completed by Scot M. Carley, Exhibit D;

    d.  Email from Scot M. Carley dated March 23, 2014, Exhibit E;

    e.  Email from Scot M. Carley dated March 7, 2014, Exhibit F;

    f.  Email from Scot M. Carley dated March 9, 2014, Exhibit G;

    g.  Email from Scot M. Carley dated March 13, 2014, Exhibit H;

    h.  Email from Scot M. Carley dated March 24, 2014, Exhibit I;

    i.  Email from Scot M. Carley dated March 31, 2014, Exhibit J;

    j.  Email from Scot M. Carley dated April 8, 2014, Exhibit K;

    k.  Email from Scot M. Carley dated April 11, 2014, Exhibit L;

    l.  2014 W-2 for Brandon Brown, Exhibit M;

    m.  Employee Status Change Form effective February 18, 2014, for Brandon Brown, Exhibit N;

    n.  Employee Status Change Form effective October 12, 2014, for Brandon Brown, Exhibit O;

o.  Cement Job Log dated February 27, 2014, completed by Brandon Brown and related job documents, Exhibit P;

p.  Cement Job Log dated February 27, 2014, completed by Brandon Brown and related job documents, Exhibit Q;

q.  Email from Brandon Brown dated April 13, 2014, Exhibit R;

r.  Email from Brandon Brown dated May 4, 2014, Exhibit S;

s.  Email from Brandon Brown dated August 2, 2014, Exhibit T;

t.  Form W-15, Railroad Commission of Texas Cementing Report, Exhibit U.

u.  Excerpt of Crest Vehicle Mileage Report reflecting vehicles and unit numbers, Exhibit V;

v.  Emails from Scot M. Carley and Brandon Brown dated April 6, 2014, reflecting assigned vehicle unit numbers, Exhibit W.

Dated: May 24, 2016

Kevin Dennis

◉ USDOT Number   ○ MC/MX Number   ◉ Name

Enter Value: [CREST PUMPING TECHNO]

[Search]

## Company Snapshot

**CREST PUMPING TECHNOLOGIES LLC**
USDOT Number: 2264972

**ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating**

| Other Information for this Carrier |
| --- |
| ▼ SMS Results |
| ▼ Licensing & Insurance |

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 05/22/2016.**

| | | | |
| --- | --- | --- | --- |
| **Entity Type:** | Carrier | | |
| **Operating Status:** | ACTIVE | **Out of Service Date:** | None |
| **Legal Name:** | CREST PUMPING TECHNOLOGIES LLC | | |
| **DBA Name:** | NINE ENERGY SERVICE | | |
| **Physical Address:** | 6500 WEST FRWY SUITE 601 FORT WORTH, TX · 76116 | | |
| **Phone:** | (281) 730-5124 | | |
| **Mailing Address:** | 16945 NORTHCHASE DR SUITE 1600 HOUSTON, TX · 77060 | | |
| **USDOT Number:** | 2264972 | **State Carrier ID Number:** | |
| **MC/MX/FF Number(s):** | | **DUNS Number:** | -- |
| **Power Units:** | 133 | **Drivers:** | 180 |
| **MCS-150 Form Date:** | 11/30/2015 | **MCS-150 Mileage (Year):** | 7,863,023 (2014) |

**Operation Classification:**

| | | |
| --- | --- | --- |
| Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| x Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
| --- | --- | --- |
| x Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
| --- | --- | --- |
| General Freight | Liquids/Gases | x Chemicals |
| Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| Motor Vehicles | x Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | x DRY CEMENT |

**ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating**

US Inspection results for 24 months prior to: 05/22/2016

**EXHIBIT A**

Total Inspections: 63
Total IEP Inspections: 0
**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information.

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| Inspections: | | | | |
| Inspections | 49 | 53 | 1 | 0 |
| Out of Service | 12 | 2 | 1 | 0 |
| Out of Service % | 24.5% | 3.2% | 100% | 0% |
| Nat'l Average % (2009 - 2010) | 20.72% | 5.51% | 4.50% | N/A |

**Crashes reported to FMCSA by states for 24 months prior to: 05/22/2016**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes: | | | | |
| Crashes | 2 | 4 | 2 | 8 |

**ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating**

**Canadian Inspection results for 24 months prior to: 05/22/2016**

Total inspections: 0
**Note:** Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections Help for further information.

| Inspection Type | Vehicle | Driver |
|---|---|---|
| Inspections: | | |
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

**Crashes results for 24 months prior to: 05/22/2016**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes: | | | | |
| Crashes | 0 | 0 | 0 | 0 |

**ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating**

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

Carrier Safety Rating:

**The rating below is current as of: 05/22/2016**

**Review Information:**

| Rating Date: | 08/10/2015 | Review Date: | 07/30/2015 |
|---|---|---|---|
| Rating: | Satisfactory | Type: | Compliance Review |

| Void ☐ | a Employee's social security number REDACTED | | OMB No. 1545-0008 Q4F | 410050 | 001401 |
|---|---|---|---|---|---|

| b Employer identification number (EIN) 45-3915335 | 1 Wages, tips, other compensation 46842.68 | 2 Federal income tax withheld 8665.47 |
|---|---|---|
| c Employer's name, address, and ZIP code CREST PUMPING TECHNOLOGI ES LLC 6500 W FREEWAY STW 600 FORT WORTH TX 76116 | 3 Social security wages 47682.93 | 4 Social security tax withheld 2956.34 |
| | 5 Medicare wages and tips 47682.93 | 6 Medicare tax withheld 691.40 |
| | 7 Social security tips | 8 Allocated tips |

| d Control number 001401 DALL/Q4F | 9 | 10 Dependent care benefits |
|---|---|---|

| e Employee's first name and initial    Last name    Suff.  SCOT MANNING           CARLEY REDACTED | 11 Nonqualified plans | 12a See instructions for box 12 D  840.25 |
|---|---|---|
| | 13 Statutory ☐  Retirement ☒  Third-party ☐ employee        plan        sick pay | 12b DD  2346.77 |
| | 14 Other | 12c |
| | | 12d |
| f Employee's address and ZIP code | | |

| 15 State TX | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

Form **W-2** Wage and Tax Statement    2014

Copy D — For Employer

Department of the Treasury—Internal Revenue Service Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

EXHIBIT
B



D-CAR-00000001



**EMPLOYEE STATUS CHANGE FORM**

| | | | | |
|---|---|---|---|---|
| Name: | Scot Carley | Effective Date: | 2-18-14 | Hire Date: 2-18-14 |
| Division: | WTX | Crew Assigned: | Cementer | Term Date: ____ |
| Supervisor: | Patrick Helgerson | Employee Status: | ☐ Hourly ☒ Salary | Rate: 90K |

**CHANGE REASON (S)  CHECK (√) ALL APPLICABLE INFORMATION:**

☒ NEW HIRE  ☒ FULL TIME  ☒ SALARY  ☐ TEMPORARY  ☐ COMPENSATION CHANGE  ☐ TRANSFER
☐ RE-HIRE  ☐ PART TIME  ☐ HOURLY  ☐ CONTRACT  ☐ POSITION CHANGE  ☐ TERMINATION

**EMPLOYEE REQUIREMENTS:** ☒ ITEMS to be ISSUED   ☐ ITEMS to be COLLECTED
☐ COMPUTER Desktop  ☒ COMPUTER Laptop  ☐ RADIO/HEADSET  ☒ CELL PHONE  ☐ WIRELESS AIR CARD
☒ UNIFORMS  ☒ HARD HAT  ☐ VOICE MAIL  ☒ COMPANY VEHICLE  ☒ BUSINESS CARDS
☐ KEYS: ____  ☒ CREDIT CARD  ☐ OTHER: ____

| ⬇CHANGE TO BE MADE | ⬇ CURRENT | ⬇ NEW CHANGE | ⬇EFFECTIVE DATE |
|---|---|---|---|
| ☐POSITION/TITLE | | | |
| ☐HOURLY RATE | | | |
| ☐SALARY RATE | | | |
| ☐DIVISION | | | |
| ☐LOCATION | | | |
| ☐SUPERVISOR | | | |
| ☐OTHER: | | | |

**⬇SEPARATIONS**

☐ LEAVE OF ABSENCE     EFFECTIVE DATE: ____     PROBABLE DATE OF RETURN: ____

Reason: ____

☐ TERMINATION OF EMPLOYMENT:  Last Day Worked: ____     Property Returned: ☐Yes ☐No     Rehire: ☐Yes ☐No

**Voluntary:**
☐Dissatisfied w/ job   ☐Retirement   ☐No Call/No Show   ☐School   ☐Better job/pay/benefits/hours
☐Medical-self or family   ☐Relocating   ☐Family Issues   ☐Other: ____

**Involuntary:**
☐At Will (no cause needed)   ☐Gross Misconduct   ☐Attendance/Tardiness   ☐Unqualified for job
☐Violation of company policy/procedure   ☐Poor performance   ☐Unprofessional conduct   ☐Other: ____

**COMMENTS:** ____

_____   _____   _____   _____
Authorized Signature-Supervisor     DATE     Authorized Signature – Manager     DATE

EXHIBIT
3

EXHIBIT
C

D-CAR-00000077

# CREST
PUMPING TECHNOLOGIES

909 W 7th St. STE, 1506
Ft. Worth, TX 76102
(817) 484-5100

P.O. Box 317
Jacksboro, TX 76458
(940) 567-3392

| CUSTOMER: | Apache Corp. | TICKET NO: | 150189 |
| LEASE: | CC | WELL NUMBER: | 3732 HM |
| JOB TYPE: | Surface Casing | DATE: | 3/16/2014 |

# Cement Job Log

| TIME: | RATE (BPM) | VOLUME (BBL) | PUMPS T | C | PRESSURE (PSI) TUBING | CASING | DESCRIPTION OF OPERATION AND MATERIALS |
|---|---|---|---|---|---|---|---|
| 15:00 | | | | | | | Arrive on Location |
| 15:15 | | | | | | | Spot trucks |
| 15:25 | | | | | | | Rig up to standpipe |
| 19:05 | | | | | | | Perform JSA |
| 19:15 | | | | | | | Rig up to casing |
| 19:32 | | 2 | | | | | Flood lines with fresh water |
| 19:35 | | | | | | 2,100 | Pressure test lines |
| 19:47 | 3.5 | 20 | | | | 50 | Start fresh water spacer |
| 19:53 | 5.6 | 107 | | | | 50-100 | Mix and pump 455sx of 14.8ppg cmt |
| 20:18 | | | | | | | Shut down to drop plug |
| 20:19 | 5.6-3.16 | 64 | | | | 100 | Wash up and start displacement |
| 20:21 | 6.6 | 20 | | | | 170 | Caught pressure |
| 20:28 | | | | | | 170 | Slow rate |
| 20:36 | | | | | | 630 | Land plug |
| 20:38 | | | | | | | Check float/held 1/2bbl return |
| 20:45 | | | | | | | Released from job |
| 21:20 | | | | | | | Rig down and move off location |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | SKS: 144 |
| | | | | | | | BBLS Cement Circulated To Surface: 34 |
| | | | | | | | 100% Circulation During Job |
| Supervisor | | Cementer Scot Carley 110047 | | | | 0 | SX |
| Operator | Bulk | Bulk | | | | | |
| Victor/Trevor | Fabien Q. | E.Martinez | | | | | |
| DP-19 | 2053-3310 | 2030-3321 | | WATER TEST | | | |
| Bulk | | | Ph | 7 | | | |
| | | | Chlrd | 500 | | | |
| | | | Sulf | 0 | | 455 | SX | Class C |

Yield 1.32   2% Calcium Chloride
Weight 14.8  .25#/sk Cello-Flake

| Hole size: | 17 1/2 | | TOTAL HOLE DEPTH | 434 | H20 | 6.35 |
| Casing Size: | 13 3/8 | | | | | |
| Casing WL: | 48 | | TOTAL PIPE DEPTH | 434 | | |
| Casing ID: | 12.615 | | | | | |
| Tubing Size: | | | SHOE JOINT | | | |
| Tubing WL: | | | | | | |
| Tubing ID: | | | DISPLACEMENT POINT | 408 | 64.00 BBLS |
| TOTAL FLUID PUMPED | | 213 | BBL | BURST PRESSURE | 1,730 |

EXHIBIT

EXHIBIT D

Confidential Subject to Protective Order

D-CAR-00001456



## JSA Signature Page

Lease Apache CC3732HM
Ticket 150189

Date 3-14-2014

I acknowledge that I have read the following JSA's

| PRINT NAME | SIGNATURE |
|---|---|
| Scot Carley | Scot McCurley |
| Tyler Woods | Amy Doo |
| Wesley Smith | |
| Eusebio Montford Jr | Eugenio Montez Jr |
| Fabian Cuintero | Febir |
| ROBERT HOMBRES | Robert Hembree |
| Michael McKenzie | Mech McK |
| Victor Alvarez | |
| Trevor Wills | |
| Phillip Smith | Phillip Smith |

Confidential Subject to Protective Order

D-CAR-00001457

**CREST** PUMPING TECHNOLOGIES

| Description of Work: | Rigging up floor | | | | Worksheet No: | |
|---|---|---|---|---|---|---|
| Division: | Cementing ☒ Frac ☐ | Date: 3-16-14 | | Location | CC 3732 HM | |

| | |
|---|---|
| JSA Written By: (Print Name) Brian Perkins | Cement Supervisor    Scot Carley |
| Job Supervisor (Print Name) | To be Determined |
| Required Personnel Protective Equipment, Special Tools, and Other Equipment: | PPE:  Safety glasses w/side shield, steel toed boots, hard hat, gloves, fire retardant coveralls (FRC) Tools:  Hammer, wire brush, lubricant, safety chain/strap |

Well Site Conditions:  Potential Hazards (check all that apply)

☐ Uneven Surface  ☐ Muddy Surface  ☐ Fresh Gravel  ☐ Rain/Lighting  ☐ Snow/Ice  ☐ High Temp/Heat
☐ Simultaneous Operations  ☐ H2S  ☐ Electric Power Lines  ☐ Other:

Task Performed By: (Names)

| | |
|---|---|
| Cement Supervisor    Scot Carley | |
| Equipment Operator/Bulk Driver    Victor ,Trevor, B.Martinez, Fabien Q. | |
| | |

| Step No. | Sequence of Job Steps | Potential Hazards | Recommended Safe Work Procedures |
|---|---|---|---|
| 1. | Clean threads and screw cement head changeover (nubbing) into casing. | a. Slips, fall, pinch points, b. 3rd parties,(rig hands, casing crew) c. Strains, pulls | 1(a)1: Aware of surroundings, watch hands and feet. 1(b)1: Proper communication between crew and 3rd parties. 1(c)1: Proper lifting techniques. |
| 2. | Lift head/manifold assembly using hoist (air/hydraulic) and connect to nubbing. Tighten using hammer. Fall protection if required. | a. Head assembly falling due to chain/hoist failure. b. Mash, caught between, pinch points. c. Debris flying from hammer. | 2(a)1: Keep out from under head assembly while it is in air.  Aware of surroundings 2(a)2: Proper communication with hoist operator. 2(b)1: Aware of surrounding, watch hand and feet. Communication. 2(c)1: Proper techniques when using hammer. 2(c)2: Be aware of location of crewmembers, 3rd parties. Communication. |
| 3 | Clean all threads/unions on iron/chiksans w/ wire brush and lubricate. | a. Slips, falls, pinch points, strains, pulls. b. Debris flying from brush. c. Spills | 3(a)1: Aware of surroundings. Proper lifting techniques. 3(b)1: Brush away from body, be aware of crewmembers' and 3rd parties' location. 3(c)1: Proper placement of oil bottle, aware of surroundings. |
| 4 | Connect iron from manifold to chiksan at edge of rig floor using hammer. | a. Slips, falls, pinch points, strains, pulls. b. Debris flying from hammer. | 4(a)1: Aware of surroundings, proper lifting techniques. 4(b)1: Proper techniques when using hammer. 4(b)2: Aware of locations' of crewmembers and 3rd parties. |
| 5 | Task Completion Certification | Review potential hazards with all employees conducting work. | Review safe work procedures with all employees conducting work. |

Supervisors Approval (Signature):

Confidential Subject to Protective Order

To:        Shawn Carter[scarter@crestpumpingtechnologies.com]
From:      Scot Carley
Sent:      Sun 3/23/2014 4:44:01 PM
Subject:   Re:

10-4

Sent from my iPhone

> On Mar 23, 2014, at 4:43 PM, "Shawn Carter" <scarter@crestpumpingtechnologies.com> wrote:
>
> Yea when you get back
>
> Shawn Carter
> Field Supervisor
> Crest Pumping Technologies
> (940) 229-9495
>
>
>> On Mar 23, 2014, at 4:42 PM, "Scot Carley" <scarley@crestpumpingtechnologies.com> wrote:
>>
>> So as I get back
>>
>> Sent from my iPhone
>>
>>> On Mar 23, 2014, at 1:22 PM, "Shawn Carter" <scarter@crestpumpingtechnologies.com> wrote:
>>>
>>> Hey when you get time I need a full report on Trevor please
>>>
>>> Shawn Carter
>>> Field Supervisor
>>> Crest Pumping Technologies
>>> (940) 229-9495
>>>





EXHIBIT
E                    D-CAR-00002503

To:     Brandon Brown[bbrown@crestpumpingtechnologies.com]
Cc:     Allen Brown[                Redacted                ]; Aaron
Roberts[                Redacted                ]; Manual
Flores[                Redacted                ]; Kevin
Dennis[kdennis@crestpumpingtechnologies.com]; Duston
Daws[                Redacted                ]; Patrick
Helgerson[phelgerson@crestpumpingtechnologies.com]; Joseph
Reaves[                Redacted                ]; Kamrin
Almond[                Redacted                ]; Shaun
Jackson[                Redacted                ]; Ricky
Swindle[                Redacted                ]; David
Urbantke[                Redacted                ]; Cody
Reaves[                Redacted                ]; Cody
Roberts[                Redacted                ]; Josh
Lawson[                Redacted                ]; Christopher
Hart[                Redacted                ]; Heath Bilby[                Redacted                ]; Richie
Panko[                Redacted                ]; Scott Elliott[selliott@crestpumpingtechnologies.com];
WP Stephens[                Redacted                ]; Todd
Besselaar[                Redacted                ]; Jimmy
Davis[jdavis@crestpumpingtechnologies.com]; Bryan
Besselaar[bbesselaar@crestpumpingtechnologies.com]; Griffin
Smith[GSmith@crestpumpingtechnologies.com]; David
Burgess[                Redacted                ]; Shawn
Carter[                Redacted                ]; Brian
Perkins[                Redacted                ]; Jody
Damron[                Redacted                ]; Trey
Reynolds[treynolds@crestpumpingtechnologies.com]
From:   Scot Carley
Sent:   Fri 3/7/2014 1:02:22 PM
Subject: Re: WTX Devon Bryne 1H

Job completed,, everything went well and as planned.. Pump 19 did well at the hands of
Victor..bulk trucks 3324 and 3337 blew just fine.. Both plugs pumped and balanced according to
calculations.. Trevor did great primed pump then went to bulk can.. Richie was a great help
bringing second bulk truck and running it.. Thanx to Todd for helping out...... DP-19 needs 2
valves replaced ( load manifold for displacement tank DS and outside HT on drivers side)
nothing too crucial just ready to be replaced and will be handled upon return to the yard..
Nothing left on location,, Company man happy,, headed in


Sent from my iPhone

On Mar 7, 2014, at 12:38 PM, "Brandon Brown" <bbrown@crestpumpingtechnologies.com>
wrote:


Job went well on our part we pumped our cement to spec had good returns all through
cement shut down wp&l started displacement caught cement in 20 bbls circulated weighted
spacer @ 170 bbls lost circulation at 220 bbls landed there plug on the money we never got
returns back
Sent from my iPhone



EXHIBIT

F

D-CAR-00002455

To:    Brandon Brown[bbrown@crestpumpingtechnologies.com]
Cc:    Allen Brown[   Redacted   ]; Cody
Roberts[       Redacted      ]; Brian
Perkins[     Redacted    ]; Shaun
Jackson[      Redacted     ]; Billy
Shelton[bshelton@crestpumpingtechnologies.com]; Aaron
Roberts[    Redacted   ]; Christopher
Hart[    Redacted   ]; David Burgess[        Redacted        ];
Richie Panko[      Redacted      ]; David
Crombie[dcrombie@crestpumpingtechnologies.com]; Zech
Leatherwood[      Redacted      ]; Jody
Damron[      Redacted      ]; Patrick
Helgerson[phelgerson@crestpumpingtechnologies.com]; Kamrin
Almond[     Redacted    ]; Scott
Elliott[selliott@crestpumpingtechnologies.com]; Josh Lawson[     Redacted    ];
David Urbantke[    Redacted   ]; Clint
Kaker[ckaker@crestpumpingtechnologies.com]; Kevin Dennis[kdennis@crestpumpingtechnologies.com];
Griffin Smith[GSmith@crestpumpingtechnologies.com]; Heath
Bilby[    Redacted   ]; Joseph Reeves[      Redacted      ];
Bill Jackson[bjackson@crestpumpingtechnologies.com]; Duston
Daws[    Redacted   ]; Manual
Flores[    Redacted   ]; Justin
Cathey[jcathey@crestpumpingtechnologies.com]; Jimmy Davis[jdavis@crestpumpingtechnologies.com];
Joe Huwel[JHuwel@crestpumpingtechnologies.com]; Bryan
Besselaar[bbesselaar@crestpumpingtechnologies.com]; Shawn
Carter[    Redacted   ]; KC Phillips[    Redacted   ];
Todd Besselaar[    Redacted   ]; Trey
Reynolds[treynolds@crestpumpingtechnologies.com]; Cody
Reeves[    Redacted   ]; Brian
Harrison[bharrison@crestpumpingtechnologies.com]; Lucas
Martin[LMartin@crestpumpingtechnologies.com]; Justin
Schiffbauer[JSchiffbauer@crestpumpingtechnologies.com]; Brad
Holley[bholley@crestpumpingtechnologies.com]
From:    Scot Carley
Sent:    Mon 3/9/2014 8:48:18 PM
Subject:    Re: WTX Devon Angela Meadows 2H

Job completed, had difficulties and set backs at the beginning pertaining to leaks at the
changeover from the nubbin to casing.. Company man eventually got permission to cut approx
10 feet of casing bringing back down to floor level..changed from 8rd to buttress thread.. After
corrections were made we pressured up with no problems.. Barite spacer pumped off of batch
mixer by trey with no issues.. Following a 340bbl brine spacer we pumped pro flush and our
cement to specs. Displacement went perfectly resulting in a plug landed on the money!! Float
held.. Circulated weighted spacer and brine to surface.. Despite being very irritated with
everything from rig crew, casing crew and cmt crew from the beginning the company man was
pleased with our job and performance and says he looks forward to seeing us on the next one..
All hands worked hard and did a great job.. To many positive things to say about each one of
them to list here.. Suffice to say team work and professionalism is a huge part of continued
success.. All equipment headed to the yard with nothing left on location... Thanx for your help
and support Trey Reynolds..

Sent from my iPhone





D-CAR-00002464

**To:**       Patrick Helgerson[phelgerson@crestpumpingtechnologies.com]
**Cc:**       David Crombie[dcrombie@crestpumpingtechnologies.com]; Jimmy
Davis[jdavis@crestpumpingtechnologies.com]; Kevin Dennis[kdennis@crestpumpingtechnologies.com];
Joe Huwel[JHuwel@crestpumpingtechnologies.com]; Bryan
Besselaar[bbesselaar@crestpumpingtechnologies.com]; Brian
Perkins[                    Redacted                    ]; Trey
Reynolds[treynolds@crestpumpingtechnologies.com]; Jody
Damron[               Redacted               ]; Duston
Daws[                    Redacted                    ]; Todd
Besselaar[                    Redacted                    ]; Kamrin
Almond[                    Redacted                    ]; Joseph
Reaves[                Redacted                ]; Griffin
Smith[GSmith@crestpumpingtechnologies.com]; Shawn Carter[              Redacted              ];
David Burgess[                 Redacted                 ]; Aaron
Roberts[                    Redacted                    ]; Cody
Reeves[                    Redacted                    ]; Cody
Roberts[                    Redacted                    ]; Richie
Panko[                    Redacted                    ]; Scott Elliott[selliott@crestpumpingtechnologies.com];
Heath Bilby[               Redacted               ]; WP
Stephens[                    Redacted                    ]; Manual
Flores[               Redacted               ]; Allen Brown[              Redacted              ];
Brandon Brown[bbrown@crestpumpingtechnologies.com]; Shaun
Jackson[               Redacted               ]; David
Urbantke[                    Redacted                    ]; Josh
Lawson[               redacted               ]; Zach
Leatherwood[                    Redacted                    ]; Ricky
Swindle[                    Redacted                    ]; Aaron
Lewis[alewis@crestpumpingtechnologies.com]; Justin Cathey[jcathey@crestpumpingtechnologies.com];
Justin Schiffbauer[JSchiffbauer@crestpumpingtechnologies.com]; Lucas
Martin[LMartin@crestpumpingtechnologies.com]; Brian
Harrison[bharrison@crestpumpingtechnologies.com]; Brad
Holley[bholley@crestpumpingtechnologies.com]; Billy Shelton[bshelton@crestpumpingtechnologies.com];
Bill Jackson[bjackson@crestpumpingtechnologies.com]; Clint
Kaker[ckaker@crestpumpingtechnologies.com]
**From:**     Scot Carley
**Sent:**     Thur 3/13/2014 8:12:08 PM
**Subject:**  Re: WTX Apache CC 3729 HU long string

Job completed as calculated. All Slurry's and displacement to calculation.. All bulk trucks and bin
blew well.. Batch mixer did its job.. DP 18 leaking oil bad in 3 holes had to refill during job.. ( first job on this pump in over a week) other than that it ran smooth. All hands did well.. Saw some improvement in Collin, his attitude was in the right place.. Did what he was told. Rounding everything up. Sending bulk trucks to the yard, taking the pump and headed to the next.

Sent from my iPhone

On Mar 9, 2014, at 9:03 PM, "Patrick Helgerson" <phelgerson@crestpumpingtechnologies.com>
wrote:

Correction,



D-CAR-00002471

EXHIBIT
H

To:      Aaron Roberts[                          Redacted                          ]
Cc:      Clint Kaker[ckaker@crestpumpingtechnologies.com]; Cody
Roberts[              Redacted              ]; Manual
Flores[                    Redacted                    ]; Richie
Panko[                    Redacted                    ]; WP
Stephens[                    Redacted                    ]; Bryan
Besselaar[bbesselaar@crestpumpingtechnologies.com]; Allen
Brown[              Redacted              ]; Scott Elliott[sellilott@crestpumpingtechnologies.com];
Patrick Helgerson[phelgerson@crestpumpingtechnologies.com]; David
Cromble[dcromble@crestpumpingtechnologies.com]; Jimmy
Davis[davis@crestpumpingtechnologies.com]; Kevin Dennis[kdennis@crestpumpingtechnologies.com];
Joe Huwel[JHuwel@crestpumpingtechnologies.com]; Brian
Perkins[              Redacted              ]; Trey
Reynolds[treynolds@crestpumpingtechnologies.com]; Jody
Damron[              Redacted              ]; Duston
Daws[              Redacted              ]; Todd
Besselaar[              Redacted              ]; Kamrin
Almond[              Redacted              ]; Joseph
Reeves[              Redacted              ]; Griffin
Smith[GSmith@crestpumpingtechnologies.com]; Shawn Carter[              Redacted              ];
David Burgessi[              Redacted              ]; Cody
Reeves[              Redacted              ]; Heath Bilby[              Redacted              ];
Brandon Brown[bbrown@crestpumpingtechnologies.com]; Shaun
Jackson[              Redacted              ]; David
Urbantke[              Redacted              ]; Josh
Lawson[              Redacted              ]; Zach
Leatherwood[              Redacted              ]; Ricky
Swindle[              Redacted              ]; Aaron
Lewis[alewis@crestpumpingtechnologies.com]; Justin Cathey[jcathey@crestpumpingtechnologies.com];
Justin Schiffbauer[JSchiffbauer@crestpumpingtechnologies.com]; Lucas
Martin[LMartin@crestpumpingtechnologies.com]; Brian
Harrison[bharrison@crestpumpingtechnologies.com]; Brad
Holley[bholley@crestpumpingtechnologies.com]; Billy Shelton[bshelton@crestpumpingtechnologies.com];
Bill Jackson[bjackson@crestpumpingtechnologies.com]
From:    Scot Carley
Sent:    Mon 3/24/2014 6:17:47 PM
Subject: Re: WTX Kinder Morgan Sac Roc 28-12 squeeze

Job completed and went right according to plan.. Pumped 4.5bbls of cmt to surf and reversed out
6bbl to earth pit..all hands and equip worked as though they had been together for years which
was quit refreshing.. Trevor is comeing along at a steady pace on the pump.. I have high hopes
for him.. James is the bomb.. Brandon and joe were just what we needed them to be..gonna call
in and see what's next..
Sent from my iPhone

On Mar 24, 2014, at 11:26 AM, "Aaron Roberts" <[              Redacted              ]>
wrote:

Job went as planned pumped little Cement Displaced it blow the BOP the shut it in using
BOP. Phillip brought me pump 1 it has a list of issues that need fix. Glad that was little
Squeze. Going to eat then head in to fix. Company men happy.

EXHIBIT

16

EXHIBIT

I

D-CAR-00002509

To:      Shaun Jackson[                    Redacted                    ]
Cc:      Ricky Swindle[                    Redacted                    ]; Scott
Elliott[selliott@crestpumpingtechnologies.com]; Patrick
Helgerson[phelgerson@crestpumpingtechnologies.com]; David
Crombie[dcrombie@crestpumpingtechnologies.com]; Jimmy
Davis[jdavis@crestpumpingtechnologies.com]; Kevin Dennis[kdennis@crestpumpingtechnologies.com];
Joe Huwel[JHuwel@crestpumpingtechnologies.com]; Bryan
Besselaar[bbesselaar@crestpumpingtechnologies.com]; Brian
Perkins[                    Redacted                    ]; Trey
Reynolds[treynolds@crestpumpingtechnologies.com]; Jody
Damron[                    Redacted                    ]; Duston
Daws[                    Redacted                    ]; Todd
Besselaar[                    Redacted                    ]; Kamrin
Almond[                    Redacted                    ]; Joseph
Reeves[                    Redacted                    ]; Griffin
Smith[GSmith@crestpumpingtechnologies.com]; Shawn Carter[                    Redacted                    ];
David Burgess[                    Redacted                    ]; Aaron
Roberts[                    Redacted                    ]; Cody
Reeves[                    Redacted                    ]; Cody
Roberts[                    Redacted                    ]; Richie
Panko[                    Redacted                    ]; Heath Bilby[                    Redacted                    ];
WP Stephens[                    Redacted                    ]; Manual
Flores[                    Redacted                    ]; Allen Brown[                    Redacted                    ];
Brandon Brown[bbrown@crestpumpingtechnologies.com]; David
Urbantke[                    Redacted                    ]; Josh
Lawson[                    Redacted                    ]; Zach
Leatherwood[                    Redacted                    ]; Aaron
Lewis[alewis@crestpumpingtechnologies.com]; Justin Cathey[jcathey@crestpumpingtechnologies.com];
Justin Schiffbauer[JSchiffbauer@crestpumpingtechnologies.com]; Lucas
Martin[LMartin@crestpumpingtechnologies.com]; Brian
Harrison[bharrison@crestpumpingtechnologies.com]; Brad
Holley[bholley@crestpumpingtechnologies.com]; Billy Shelton[bshelton@crestpumpingtechnologies.com];
Bill Jackson[bjackson@crestpumpingtechnologies.com]; Clint
Kaker[ckaker@crestpumpingtechnologies.com]
From:    Scot Carley
Sent:    Mon 3/31/2014 6:45:37 PM
Subject: Re: STX Guy Philips Wright 01-05H SP

Well job completed all cement and displacement pumped to specs. Landed plug on the money
and float held.. Got 150bbls of cement to surface then lost returns at very end of disp.. Pressures
were right where they should have been. Company man said he could see the cement and
pumped top out just because it's the rules out here topped up with 21 bbls and had going to
reserve within 4bbls.. Packing issues and flow meter issues going to be addressed upon return..
All hands did a stupendous job and I was very impressed with the 2 from this yard. James did
numbers with me and seems to be moving right along.. Trevor is doing great although I had my
hands on it do to the issues we had with DP19. Rigged down blown down and getting ready to
head out..company man was pleased with our crews job...

Sent from my iPhone

On Mar 31, 2014, at 3:55 PM, "Shaun Jackson" <            Redacted            >
wrote:

EXHIBIT
17

EXHIBIT
J

D-CAR-00002512

To:       David Urbantke[                          Redacted                          ]
Cc:       Shaun Jackson[                          Redacted                          ]; Scott
Elliott[selliott@crestpumpingtechnologies.com]; Patrick
Helgerson[phelgerson@crestpumpingtechnologies.com]; David
Crombie[dcrombie@crestpumpingtechnologies.com]; Jimmy
Davis[jdavis@crestpumpingtechnologies.com]; Kevin Dennis[kdennis@crestpumpingtechnologies.com];
Joe Huwel[JHuwel@crestpumpingtechnologies.com]; Bryan
Besselaar[bbesselaar@crestpumpingtechnologies.com]; Brian
Perkins[                Redacted                ]; Trey
Reynolds[treynolds@crestpumpingtechnologies.com]; Jody
Damron[                Redacted                ]; Duston
Daws[           Redacted           ]; Todd
Besselaar[                Redacted                ]; Kamrin
Almond[           Redacted           ]; Joseph
Reeves[           Redacted           ]; Griffin
Smith[GSmith@crestpumpingtechnologies.com]; Shawn Carter[           Redacted           ];
David Burgess[                Redacted                ]; Aaron
Roberts[           Redacted           ]; Cody
Reeves[           Redacted           ]; Cody
Roberts[           Redacted           ]; Richie
Panko[           Redacted           ]; Heath Bilby[           Redacted           ];
WP Stephens[                Redacted                ]; Manual
Flores[           Redacted           ]; Allen Brown[           Redacted           ];
Brandon Brown[bbrown@crestpumpingtechnologies.com]; Josh
Lawson[           Redacted           ]; Zach
Leatherwood[                Redacted                ]; Ricky
Swindle[           Redacted           ]; Aaron
Lewis[alewis@crestpumpingtechnologies.com]; Justin Cathey[jcathey@crestpumpingtechnologies.com];
Justin Schiffbauer[JSchiffbauer@crestpumpingtechnologies.com]; Lucas
Martin[LMartin@crestpumpingtechnologies.com]; Brian
Harrison[bharrison@crestpumpingtechnologies.com]; Brad
Holley[bholley@crestpumpingtechnologies.com]; Billy Shelton[bshelton@crestpumpingtechnologies.com];
Bill Jackson[bjackson@crestpumpingtechnologies.com]; Clint
Kaker[ckaker@crestpumpingtechnologies.com]
From:     Scot Carley
Sent:     Tue 4/8/2014 11:27:50 PM
Subject:  Re: Wtx 3ROC Waldron 1334 Surf.

Job completed. All cmt pumped to specs. Dropped plug and displaced, landed plug on the
money. Float held all equip worked well. New hand Dustin did great.. Company man was happy
until James overflowed "maybe" an 1/8 of a bbl of displacement water.. Circ 25 bbls of cmt to
surface.. Returning with 13 3/8 swadge and 2 inch valve..

Scot Carley
Cement Service Supervisor
Crest Pumping Technologies
Sweetwater Tx.
325-236-3378

On Apr 8, 2014, at 9:55 PM, "David Urbantke" <           Redacted           >





EXHIBIT

18

EXHIBIT

K

D-CAR-00002538

To:      Allen Brown[                    Redacted                    ]
Cc:      Christopher Hart[                Redacted                ]; Shaun
Jackson[                Redacted                ]; Kamrin
Almond[              Redacted              ]; Kevin
Dennis[kdennis@crestpumpingtechnologies.com]; Heath Bilby[          Redacted          ];
Ricky Swindle[              Redacted              ]; Cody
Reeves[              Redacted              ]; Aaron
Roberts[          Redacted          ]; Bryan
Besselaar[bbesselaar@crestpumpingtechnologies.com]; Patrick
Helgerson[phelgerson@crestpumpingtechnologies.com]; David
Crombie[dcrombie@crestpumpingtechnologies.com]; Jimmy
Davis[jdavis@crestpumpingtechnologies.com]; Joe Huwel[JHuwel@crestpumpingtechnologies.com];
Brian Perkins[          Redacted          ]; Trey
Reynolds[treynolds@crestpumpingtechnologies.com]; Jody
Damron[              Redacted              ]; Duston
Daws[          Redacted          ]; Todd
Besselaar[          Redacted          ]; Joseph
Reeves[              Redacted              ]; Griffin
Smith[GSmith@crestpumpingtechnologies.com]; Shawn Carter[          Redacted          ];
David Burgess[          Redacted          ]; Cody
Roberts[          Redacted          ]; Richie
Pankol[          Redacted          ]; Scott Elliott[selliott@crestpumpingtechnologies.com];
WP Stephens[          Redacted          ]; Manual
Flores[          Redacted          ]; Brandon
Brown[bbrown@crestpumpingtechnologies.com]; David
Urbantke[          Redacted          ]; Josh
Lawson[          Redacted          ]; Zach
Leatherwood[              Redacted              ]; Aaron
Lewis[alewis@crestpumpingtechnologies.com]; Justin Cathey[jcathey@crestpumpingtechnologies.com];
Justin Schiffbauer[JSchiffbauer@crestpumpingtechnologies.com]; Lucas
Martin[LMartin@crestpumpingtechnologies.com]; Brian
Harrison[bharrison@crestpumpingtechnologies.com]; Brad
Holley[bholley@crestpumpingtechnologies.com]; Billy Shelton[bshelton@crestpumpingtechnologies.com];
Bill Jackson[bjackson@crestpumpingtechnologies.com]; Clint
Kaker[ckaker@crestpumpingtechnologies.com]
From:    Scot Carley
Sent:    Fri 4/11/2014 2:31:49 PM
Subject: Re: WTX Devon Sellars 2-H Surf.

Job completed. Cmt sent down hole at specified weight. Displaced and landed plug at calculated
depth. Some equip issues present before last 2 jobs on DP-1 need to be addressed. Bulk cans and
there drivers did well (Brian A. Is making a hand for sho.) Co. Man pleased.


Scot Carley
Cement Service Supervisor
Crest Pumping Technologies
Sweetwater Tx.
325-236-3378




On Apr 11, 2014, at 11:32 AM, "Allen Brown" <[          Redacted          ]>

EXHIBIT
L

D-CAR-00002546



| a Employee's social security number | | OMB No. 1545-0008 Q4F | 410050 | 001400 |
|---|---|---|---|---|
| Void ☐ | REDACTED | | | |

| b Employer identification number (EIN) | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 45-3915335 | 80583.75 | 17071.04 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| CREST PUMPING TECHNOLOGI | 80583.75 | 4996.19 |
| ES LLC | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 6500 W FREEWAY STW 600 | 80583.75 | 1168.46 |
| FORT WORTH TX 76116 | 7 Social security tips | 8 Allocated tips |

| d Control number | 9 | 10 Dependent care benefits |
|---|---|---|
| 001400 DALL/Q4F | | |

| e Employee's first name and initial    Last name    Suff. | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| BRANDON LEE    BROWN | | DD    13918.00 |
| REDACTED | 13 Statutory employee ☐  Retirement plan ☐  Third party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |

| f Employee's address and ZIP code | | | | | | |
|---|---|---|---|---|---|---|
| 15 State  Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| TX | | | | | |

**Form W-2** Wage and Tax Statement    **2014**

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

Copy D — For Employer

EXHIBIT
**M**

D-CAR-00000002



## EMPLOYEE STATUS CHANGE FORM

| | | | |
|---|---|---|---|
| Name: **Brandon Brown** | Effective Date: **2-18-14** | Hire Date: **2-18-14** | |
| Division: **WTX** | Crew Assigned: **Cementer** | Term Date: _____ | |
| Supervisor: **Patrick Helgerson** | Employee Status: ☐ Hourly ☒ Salary | Rate: **90K** | |

**CHANGE REASON (S)** *CHECK (√) ALL APPLICABLE INFORMATION:*

☒ NEW HIRE ☒ FULL TIME ☒ SALARY ☐ TEMPORARY ☐ COMPENSATION CHANGE ☐ TRANSFER
☐ RE-HIRE ☐ PART TIME ☐ HOURLY ☐ CONTRACT ☐ POSITION CHANGE ☐ TERMINATION

---

**EMPLOYEE REQUIREMENTS:** ☒ ITEMS to be ISSUED    ☐ ITEMS to be COLLECTED
☐ COMPUTER Desktop ☒ COMPUTER Laptop ☐ RADIO/HEADSET ☒ CELL PHONE ☐ WIRELESS AIR CARD
☒ UNIFORMS ☒ HARD HAT ☐ VOICE MAIL ☒ COMPANY VEHICLE ☒ BUSINESS CARDS
☐ KEYS: ☒ CREDIT CARD ☐ OTHER: _____

---

| ↓CHANGE TO BE MADE | ↓CURRENT | ↓NEW CHANGE | ↓EFFECTIVE DATE |
|---|---|---|---|
| ☐ POSITION/TITLE | | | |
| ☐ HOURLY RATE | | | |
| ☐ SALARY RATE | | | |
| ☐ DIVISION | | | |
| ☐ LOCATION | | | |
| ☐ SUPERVISOR | | | |
| ☐ OTHER: | | | |

---

↓SEPARATIONS

☐ LEAVE OF ABSENCE    EFFECTIVE DATE: _____    PROBABLE DATE OF RETURN: _____

Reason: _____

☐ TERMINATION OF EMPLOYMENT: Last Day Worked: _____   Property Returned: ☐ Yes ☐ No   Rehire: ☐ Yes ☐ No

**Voluntary:**
☐ Dissatisfied w/ job ☐ Retirement ☐ No Call/No Show ☐ School ☐ Better job/pay/benefits/hours
☐ Medical-self or family ☐ Relocating ☐ Family issues ☐ Other:
**Involuntary:**
☐ At Will (no cause needed) ☐ Gross Misconduct ☐ Attendance/Tardiness ☐ Unqualified for job
☐ Violation of company policy/procedure ☐ Poor performance ☐ Unprofessional conduct ☐ Other: _____

---

COMMENTS: _____

---

Authorized Signature-Supervisor _____   DATE ____   Authorized Signature – Manager _____   DATE ____

EXHIBIT

***Submit copies of this completed form to the Human Resources Manager***

EXHIBIT
**N**

D-CAR-00000029

# CREST

## EMPLOYEE STATUS CHANGE FORM

Name: **Brandon Brown**
Division: **WTX**
Supervisor: **Patrick Helgerson**

Effective Date: **10/12/14**
Crew Assigned: **Cementer**
Employee Status: ☐ Hourly  ☒ Salary

Hire Date: **2-18-14**
Term Date: _____
Rate: **90K**

CHANGE REASON (S)  *CHECK (√) ALL APPLICABLE INFORMATION:*
☐ NEW HIRE  ☐ FULL TIME  ☐ SALARY  ☐ TEMPORARY  ☒ COMPENSATION CHANGE  ☐ TRANSFER
☐ RE-HIRE  ☐ PART TIME  ☐ HOURLY  ☐ CONTRACT  ☐ POSITION CHANGE  ☐ TERMINATION

EMPLOYEE REQUIREMENTS: ☒ ITEMS to be ISSUED      ☐ ITEMS to be COLLECTED
☐ COMPUTER Desktop  ☒ COMPUTER Laptop  ☐ RADIO/HEADSET  ☒ CELL PHONE  ☐ WIRELESS AIR CARD
☒ UNIFORMS  ☒ HARD HAT  ☐ VOICE MAIL  ☒ COMPANY VEHICLE  ☒ BUSINESS CARDS
☐ KEYS:  ☒ CREDIT CARD  ☐ OTHER:

| ↓CHANGE TO BE MADE | ↓ CURRENT | ↓ NEW CHANGE | ↓EFFECTIVE DATE |
|---|---|---|---|
| ☐ POSITION/TITLE | | | |
| ☐ HOURLY RATE | | | |
| ☒ SALARY RATE | 90,000.00 | 98,000.00 | 10-12-14 |
| ☐ DIVISION | | | |
| ☐ LOCATION | | | |
| ☐ SUPERVISOR | | | |
| ☐ OTHER: | | | |

↓SEPARATIONS

☐ LEAVE OF ABSENCE  EFFECTIVE DATE: _____  PROBABLE DATE OF RETURN: _____
Reason: _____

☐ TERMINATION OF EMPLOYMENT:  Last Day Worked: _____  Property Returned: ☐Yes ☐No  Rehire: ☐Yes ☐No
**Voluntary:**
☐ Dissatisfied w/ job  ☐ Retirement  ☐ No Call/No Show  ☐ School  ☐ Better job/pay/benefits/hours
☐ Medical-self or family  ☐ Relocating  ☐ Family Issues  ☐ Other: _____
**Involuntary:**
☐ At Will (no cause needed)  ☐ Gross Misconduct  ☐ Attendance/Tardiness  ☐ Unqualified for job
☐ Violation of company policy/procedure  ☐ Poor performance  ☐ Unprofessional conduct  ☐ Other: _____

COMMENTS:

_____   _____   _____   _____
Authorized Signature-Supervisor    DATE     Authorized Signature – Manager     DATE

EXHIBIT
2

***Submit copies of this completed form to the Human Resources Manager***



EXHIBIT
O

D-CAR-00000030

**CREST**
PUMPING TECHNOLOGIES

309 W 7th St. STE. 1500
FT. Worth, TX 76102
(817) 484-5100

P.O. Box 117
Jacksboro, TX. 76458
(940) 567-3892

| | |
|---|---|
| CUSTOMER: | Kinder Morgan |
| LEASE: | Sacroc Unit |
| JOB TYPE: | Squeeze |
| TICKET NO: | 150159 |
| WELL NUMBER: | 153-1 |
| DATE: | 2/27/2014 |

# Cement Job Log

| TIME: | RATE (BPM) | VOLUME (BBL) | PUMPS T | PUMPS C | PRESSURE (PSI) TUBING | PRESSURE (PSI) CASING | DESCRIPTION OF OPERATION AND MATERIALS |
|---|---|---|---|---|---|---|---|
| 13:15 | | | | | | | Arrive on Location |
| | | | | | | | |
| 14:10 | | | | | | 1,000 | |
| 14:13 | 0.8 | 5 | | | 720 | | Test Lines |
| 14:20 | 0.8 | 11.8 | | | 695 | | Establish Rate |
| 14:35 | 0.8 | 0.25 | | | 760 | | Start Cement @ 14.8 PPG |
| 14:35 | | | | | 760 | | Start H2O Displacement |
| 14:38 | | | | | 760 | | Shut Down |
| 14:38 | | | | | | | Shut In |
| | | | | | | | End Job |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | Displaced Just Below BOP |
| | | | | | | | Circulated Cement Surface (2 BBLS) |
| | | | | | | | Perfs @ 33'-66' |
| | | | | | | | Bridge Plug @ 300' |
| | | | | | | | 100% Circulation During Job |
| **Supervisor** | | **Cementer** | | | | SX | |
| Kamrin A | | Brandon Brown | | | | | |
| 110018 | | 110027 | | | | | |
| **Operator** | **Bulk** | **Bulk** | | | | | |
| Dusty T. | Rudy H. | | | | | | |
| DP-18 | 230-3321 | | | | | | |
| | | | | | *WATER TEST* | | |
| | | | | Ph | 7 | | |
| | | | | Chird | 0 | | |
| | | | | Sulf | 0 | | 500 SX | Class C |
| | | | | | | Yield | 1.33 |
| Hole size: | 7" | | | | | Weight | 14.8 |
| Casing Size: | 5 1/2 | | TOTAL HOLE DEPTH | | | H2O | 6.35 |
| Casing Wt.: | 17# | | | | | | |
| Casing ID: | 4.892 | | TOTAL PIPE DEPTH | | | | |
| Tubing Size: | 2 3/8 | | SHOE JOINT | | | | |
| Tubing Wt.: | 4.7 | | | | | | |
| Tubing ID: | 1.995 | | DISPLACEMENT POINT | 0 | | 61.30 BBLS | |
| TOTAL FLUID PUMPED | | 17.05 | BBL | BURST PRESSURE | 6,192 — 7740 Book Burst Pressure | | |


EXHIBIT
10

Confidential Subject to Protective Order

23721


EXHIBIT
P

D-CAR-00001555

**CREST**
PUMPING TECHNOLOGIES

809 W 7th St. STE. 1500
Ft. Worth, TX 76102
(817) 481-5100

P.O. Box 137
Jacksboro, TX. 76458
(940) 567-3392

CUSTOMER: Kinder Morgan

LEASE: Sacroc Unit

JOB TYPE: Squeeze

TICKET NO: 150159

WELL NUMBER: 153-1

DATE: 2/27/2014

# Cement Job Log

| TIME: | RATE (BPM) | VOLUME (BBL) | PUMPS T | C | PRESSURE (PSI) TUBING | CASING | DESCRIPTION OF OPERATION AND MATERIALS |
|---|---|---|---|---|---|---|---|
| 13:15 | | | | | | | Arrive on Location |
| | | | | | | | |
| 14:10 | | | | | | 1,000 | |
| 14:13 | 0.8 | 5 | | | 720 | | Test Lines |
| 14:20 | 0.8 | 11.8 | | | 695 | | Establish Rate |
| 14:35 | 0.8 | 0.25 | | | 780 | | Start Cement @ 14.8 PPG |
| 14:35 | | | | | 760 | | Start H2O Displacement |
| 14:38 | | | | | 760 | | Shut Down |
| 14:36 | | | | | | | Shut In |
| | | | | | | | End Job |

Displaced Just Below BOP
Circulated Cement Surface (2 BBLS)
Perfs @ 33'-66'
Bridge Plug @ 300'
100% Circulation During Job

| Supervisor | | Cementer | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Kamrin A | | Brandon Brown | | | | SX | | |
| 110018 | | 110027 | | | | | | |
| Operator | Bulk | Bulk | | | | | | |
| Dusty T. | Rudy H. | | | | | | | |
| DP-18 | 230-3321 | | | | | | | |

**WATER TEST**

| | | | | |
|---|---|---|---|---|
| Ph | 7 | | | |
| Chlrd | 0 | | | |
| Sulf | 0 | 500 | SX | Class C |
| | | Yield | 1.33 | |
| Hole size: | 7" | Weight | 14.8 | |
| Casing Size: | 5 1/2 | TOTAL HOLE DEPTH | H20 | 6.35 |
| Casing Wt: | 17# | | | |
| Casing ID: | | TOTAL PIPE DEPTH | | |
| Tubing Size: | 2 3/8 | SHOE JOINT | | |
| Tubing Wt: | | | | |
| Tubing ID: | | DISPLACEMENT POINT | 0 | 61.30 BBLS |
| TOTAL FLUID PUMPED | 17.05 | BBL | BURST PRESSURE | 6,192 | 7740 Book Burst Pressure |

Confidential Subject to Protective Order



## *JSA Signature Page*

**Company:** ~~Kinder Morgan~~

**Lease #** Sacroc #157-1

**Ticket #** 150159

**Date** 2-22-14

*I acknowledge that I have read the following JSA's and will follow all policies and procedures provided by Crest Pumping Technologies, as well as any additional policies set by location site supervisors.*

| Printed Name | Signature |
|---|---|
| Randy 2 Day | Dougles Lee Drain |
| Rudy Hernandez | R Hd Jr |
| DEXTER ROBBINS | Dexter Robbins |
| STEVEN LUCHAN | Steven Lucian |
| MATHEW FAMBRO | Mathew Fambro |
| Emilio Moreno | Emilio Moreno |
| Jose Gonzalez | |
| Piera son Ex 11 | Pierason Eed |
| Sancel Forrano | Crandal Forrano |
| | |
| | |
| | |

Confidential Subject to Protective Order



**Tailgate Meeting Agenda**

**Company:** _XTO_        **Date:** _2-27-14_

**Lease:** _SACROC   153-1_        **Cementer:** _Dexter 2015_   Kamrin Almond

The following items must be completed and initialed

**Pre-trip/mobilization meeting conducted**        X

**Job Briefing:**
JSA Meeting        X

**Emergency Information:**
Directions to nearest hospital were given        X
Designated Emergency Vehicle        X
Designated at least 2 emergency drivers (first call, #2 backup)        X

*For all Non-Life threatening Injuries you must take employee to a Company Doctor

**Job Description:**
Discussed Job Procedures (Spot trucks, rigging procedures, etc.)        X
Made sure everyone understands their job duties        X

**Special Safety Hazards:**
Discussed Special Safety Hazards        X
Discussed Dead Zones (who can enter if any while pumping)        X

**Summary of Last Job:**
Safety Issues or Problems faced in last job        X
Good Results from last job        X

**Feed Back:**
Allowed crew members to make Announcements, Safety Concerns, or Need
to Know Information        X

**DOT Compliance** (the following must be turned into the designated person):
Logs, IVDR's, Trip sheets        X

Confidential Subject to Protective Order

D-CAP-00001550



CREST
PUMPING TECHNOLOGIES

| Description of Work: | Well site procedures: Rig Up/Pump/Rig Down | | Worksheet No: | |
|---|---|---|---|---|
| Division: | Cementing ☒ | Date: | Location | 32° 46'5" N /101° 0' 11" U |

| Type of Job: | PPE: Safety glasses w/side shield, steel toed boots, hard hat, gloves, fire retardant coveralls (FRC), hearing protection |
|---|---|
| Job Supervisor (Print Name.)<br>Camrin Almond | Well Site Conditions:   Potential Hazards (check all that apply)<br>☐ Uneven Surface ☐ Muddy Surface ☐ Fresh Gravel |
| SA Meeting Conducted By: (Print Name)<br>Camrin Almond | ☐ Rain/Lighting ☐ Snow/Ice ☐ High Temp/Heat<br>☐ Simultaneous Operations ☐ H2S ☐ Electric Power Lines<br>☐ Other: |

All other Crest Personnel on location (type/print names):

| Job Procedure: | Potential Hazards: | Recommended Safe Work Procedures |
|---|---|---|
| Rigging up/down on well site | a. Slips, falls, pinch points, pulls, strains, mash.<br><br>b. Uneven surface and ditches | a. Minimum 2 hands, be aware of hazards mentioned and watch where you're walking while carrying equipment<br>b. Watch hands & feet<br>c. Clean and lubricant threads and contain oil used as lubricant<br>d. Observe buffer zone policy, staying minimum of 30° from hoist while in operation |
| Testing Pumps & Lines | a. High psi, bursting lines<br>b. Spills, splashes<br>c. Slips, falls, pinch points, pulls, strains, mash. | a. Good communication between all crew members.<br>b. Be aware of crewmembers' and 3rd parties' location.<br>c. Observe all gauges and monitors and be aware at all times.<br>d. Pay close attention to task at hand. |
| Pumping job | a. High psi, bursting lines<br>b. Spills, splashes | a. Good communication between all crew members.<br>b. Be aware of crewmembers' and 3rd parties' location.<br>c. Observe all gauges and monitors and be aware at all times.<br>d. Pay close attention to task at hand. |
| Dropping plug(s) | a. Slips, falls, pinch points, pulls, strains, mash.<br>b. psi | a. Be aware of surroundings, use proper technique to close valve (valve bar)<br>b. Good communication. Make sure operator has shut down. |
| Additional procedures: | Additional hazards: | |
| Task Completion Certification | | Review safe work procedures with all employees conducting work |

Confidential Subject to Protective Order

D-CAB 00001550



| Emergency Response Information | | | | | |
|---|---|---|---|---|---|
| Division: Cementing ☒ | | Date: | | Worksheet No: | |
| Job Supervisor: Kamrin Almond | | | | Lease name: | |
| | | | | Rig name: | |

**Physical description of site location, including nearest town:**

| Well Site Conditions that may affect safety: (Potential Hazards) | GPS Coordinates (from phone): |
|---|---|
| | |

**Name and address of closest hospital/treatment facility:**

| Crest Employees on location: | |
|---|---|
| Kamrin Almond | |
| | |
| | |
| | |

| Total number of personnel on location including rig crew: | Company representative's name & number: |
|---|---|

| Rig policy for emergency notification: | 1 horn blast: | Designated emergency vehicle 1: 110027 |
|---|---|---|
| | 2 horn blast: | Designated emergency vehicle 2: 110027 |
| | 3 horn blast: | Designated emergency driver 1: Kamrin Almond |
| | 4 horn blast: | Designated emergency driver 2: |
| Where is the muster point? | | Are designated emergency vehicles backed into parking spot? Yes |
| AXIOM Phone Number:<br><br>(877) 502-9466 | Safety Director:<br><br>Jeff Gleason (940)366-0573 | Is location exit restricted in any way? No<br>Is there room for CareFlight to land? Yes<br>Is gate to location unlocked? Yes |
| Coordinator on duty: | Field safety supervisor:<br><br>James Rhoten (940)284-7146 | In the event of a life threatening situation call 911. For all other situations immediately contact the safety personnel on call & the coordinator on call. |

Confidential Subject to Protective Order

| Customer | Date out | Call Out | Ori Loc | Job Type | Truck & Crews | | Lease | Call In | In Yard | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Redacted** | | | | | |
| XTO | 2/26/14 | 1800 | 0001 | Prod | | | Pioneer 40 Frk L #252 | 19:20 | | 2/26 |
| XTO | 2/26/14 | 2000 | 0200 | Surf | | | Basin 33 Bril #9488 | 19:20 | | 2/26 |
| Devon | 2/26/14 | 17:00 | 18:00 | Prod | | | Nabors 349 Ozona #4 | 20:00 | 12:00 | 2/26 |
| | | | | | **Redacted** | | | | | |
| Kirkman | 2/28/14 | 1830 | 0500 | Sq | | | W/O | | | |
| Devon | 2/28/14 | 13:00 | 16:00 | Krd | | | M/2245 | 17:00 | 19:00 | 2/28 |
| Devon | 2/28/14 | 18:00 | 18:00 | Subsurf | | | Kingston 15-8 Ozona #14 | 21:45 | 01:00 | 2/28 |

**Redacted**

D-CAR-00001769

# CREST
PUMPING TECHNOLOGIES

| | | | | |
|---|---|---|---|---|
| 309 W 7th St. STE. 1500<br>Ft. Worth, TX 76102<br>(817) 486-5100 | CUSTOMER: Devon Energy | 7o | TICKET NO: 150111 | |
| | LEASE: Cornado / Mayor Ranch | | WELL NUMBER: #14 | |
| P.O. Box 117<br>Jacksboro, TX 76458<br>(940) 867-3392 | JOB TYPE: Water Well | | DATE: 2/27/2014 | |

## Cement Job Log

| TIME: | RATE (BPM) | VOLUME (BBL) | PUMPS | | PRESSURE (PSI) | | DESCRIPTION OF OPERATION AND MATERIALS |
|---|---|---|---|---|---|---|---|
| | | | T | C | TUBING | CASING | |
| 19:00 | | | | | | | Arrive on Location |
| 19:20 | | | | | | | Discuss Job |
| 19:30 | | | | | | | Safety Meeting |
| | | | | | | | |
| | | | | | | | |
| 19:25 | 3.5 | 10 | | | | | Start H20 Spacer |
| 19:28 | 3.5 | 71 | | | | | Start Tail Slurry @ 14.8 PPG |
| 19:49 | | | | | | | Shut Down |
| 19:55 | | | | | | | Pull Work String |
| 20:23 | 3 | 24 | | | | | Start Top Out @ 14.8 PPG |
| 20:31 | | | | | | | Shut Down |
| 20:31 | | | | | | | End Job |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Supervisor | | Cementer | | | | 0 | SX |
| Kamrin A. | | Brandon Brown | | | | | |
| 110018 | | 1100 | | | | | |
| Operator | Extra | Bulk | | | | | |
| Aaron R. | | Daniel C. | | | | | |
| 203-301 | | 207-3311 | | WATER TEST | | | |
| | Extra | | Ph | 7 | | | |
| | | | Chlrd | 0 | | | |
| | | | Sulf | 0 | | 400 | SX | Class C |
| | | | | | | Yield | 1.33 |
| | | | | | | Weight | 14.8 |
| Hole size: | 12 1/4 | | TOTAL HOLE DEPTH | 400 | | H20 | 6.35 |
| Casing Size: | 6 5/8 | | | | | | |
| Casing Wt.: | | | TOTAL PIPE DEPTH | 280 | | | |
| Casing ID: | | | | | | | |
| Tubing Size: | | | SHOE JOINT | 0 | | | |
| Tubing Wt.: | | | | | | | |
| Tubing ID: | | | DISPLACEMENT POINT | 280 | | BBLS | |
| TOTAL FLUID PUMPED | | 105 | BBL | BURST PRESSURE | 6,192 | 7740 Book Burst Pressure | |

*Ethan Bandy*

Confidential Subject to Protective Order

**EXHIBIT Q**

EXHIBIT 11

D-CAR-00001593



Printed on 2/27/2014 at 8:45 PM

Devon Corrado WSW #14  T #150111 2/27/14

Confidential Subject to Protective Order

D-CAR-00001594



Devon Cornado WSW #14 T#150111 2/27/14

Printed on 2/27/2014 at 8:47 PM

Confidential Subject to Protective Order

D-CAR-00001595

| Customer | Date out | Call Out | On Loc | Job Type | Truck & Crews | Lease | Call In | BACK In Yard | Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Redacted** | | | | |
| XTO | 2/26/14 | 18:00 | noon | Prod | | Plover 40 FCU #154 Basic RCU #4488 | 04:0 | | 2/26/1 |
| XTO | 2/26/14 | 2:00 | 02:00 | Swce | | | | | 2/26/1 |
| Devon | 2/26/14 | 12:00 | 17:00 | Prod | | Nabors 347 Barnes #4 | | 02:00 | 2/17/14 |
| | | | | | **Redacted** | | | | |
| Kirkwood Oil Gas | 2/26/14 | 8:00 | 8:00 | Sq | | W/O House #5564 H15265 | 17:00 | 15:00 | 2/26/1 |
| Devon | 2/26/14 | 13:00 | 16:00 | Prod | | Nabors 19-H | 22:0 | 01:00 | 2/26/1 |
| Devon | 2/27/14 | 12:00 | 18:00 | Wireline Well | | F & E Carrizo #18 | 22:45 | | 2/27/14 |
| | | | | | **Redacted** | | | | |

D-CAFI-00001789

To:       Cody Roberts[                    Redacted                    ]
Cc:       Todd Besselear[                    Redacted                    ]; Griffin
Smith[GSmith@crestpumpingtechnologies.com]; Richie
Penko[                    Redacted                    ]; Scott Elliott[selliott@crestpumpingtechnologies.com];
Patrick Helgerson[phelgerson@crestpumpingtechnologies.com]; David
Crombie[dcrombie@crestpumpingtechnologies.com]; Jimmy
Davis[jdavis@crestpumpingtechnologies.com]; Kevin Dennis[kdennis@crestpumpingtechnologies.com];
Joe Huwel[JHuwel@crestpumpingtechnologies.com]; Bryan
Besselaar[bbesselaar@crestpumpingtechnologies.com]; Brian
Perkins[                    Redacted                    ]; Trey
Reynolds[treynolds@crestpumpingtechnologies.com]; Jody
Damron[                    Redacted                    ]; Duston
Daws[                    Redacted                    ]; Kamrin
Almond[                    Redacted                    ]; Joseph
Reeves[                    Redacted                    ]; Shawn
Carter[                    Redacted                    ]; David
Burgess[                    Redacted                    ]; Aaron
Roberts[                    Redacted                    ]; Cody
Reeves[                    Redacted                    ]; Heath Bilby[                    Redacted                    ];
WP Stephens[                    Redacted                    ]; Manual
Flores[                    Redacted                    ]; Allen Brown[                    Redacted                    ]
Scot Carley[scarley@crestpumpingtechnologies.com]; Shaun
Jackson[                    Redacted                    ]; David
Urbantke[                    Redacted                    ]; Josh
Lawson[                    Redacted                    ]; Zach
Leatherwood[                    Redacted                    ]; Ricky
Swindle[                    Redacted                    ]; Aaron
Lewis[alewis@crestpumpingtechnologies.com]; Justin Cathey[jcathey@crestpumpingtechnologies.com];
Justin Schiffbauer[JSchiffbauer@crestpumpingtechnologies.com]; Lucas
Martin[LMartin@crestpumpingtechnologies.com]; Brian
Harrison[bharrison@crestpumpingtechnologies.com]; Brad
Holley[bholley@crestpumpingtechnologies.com]; Billy Shelton[bshelton@crestpumpingtechnologies.com];
Bill Jackson[bjackson@crestpumpingtechnologies.com]; Clint
Kaker[ckaker@crestpumpingtechnologies.com]
From:     Brandon Brown
Sent:     Sun 4/13/2014 10:02:40 AM
Subject:  Re: Athlon Davidson 46 8 #9 Production

Job went perfect  DP18 ran great bulk Trks did fine and hands were awesome had good returns
through entire job company man was pleased with our performance

Sent from my iPhone

On Apr 8, 2014, at 10:34 AM, "Cody Roberts" <[                    Redacted                    ]>
wrote:


Yessir

Cody Roberts
Service Supervisor
Crest Pumping Technologies

EXHIBIT

**R**

D-CAR-00001936

On Apr 8, 2014, at 10:10 AM, "Todd Besselaar"
< [Redacted] > wrote:

10-4

Todd Besselaar
Field Supervisor
Crest Pumping Technologies

On Apr 8, 2014, at 8:37, "Griffin Smith" <GSmith@crestpumpingtechnologies.com>
wrote:

Gents,

Everybody needs to pick up all the Iron that you have out before going on days off this week. I need a reply on this to let me know you got it. If you need directions get Gary to E-mail you a copy of the call sheet.

Thanks,

Griffin


From: Richie Panko
Sent: Tuesday, April 08, 2014 7:07 AM
To: Scott Elliott
Cc: Patrick Helgerson; David Crombie; Jimmy Davis; Kevin Dennis; Joe Huwel; Bryan Besselaar; Brian Perkins; Trey Reynolds; Jody Damron; Duston Daws; Todd Besselaar; Kamrin Almond; Joseph Reeves; Griffin Smith; Shawn Carter; David Burgess; Aaron Roberts; Cody Reeves; Cody Roberts; Heath Bilby; WP Stephens; Manual Flores; Allen Brown; Brandon Brown; Scot Carley; Shaun Jackson; David Urbantke; Josh Lawson; Zach Leatherwood; Ricky Swindle; Aaron Lewis; Justin Cathey; Justin Schiffbauer; Lucas Martin; Brian Harrison; Brad Holley; Billy Shelton; Bill Jackson; Clint Kaker
Subject: WTX Cobra Nichols 17 #5 SP


Job went good brought 24 BBL cmt to surface and shut it in with 80 psi pump 20 did good as did bulk 2054-3304 left 2" valve off of pump 20 on location

Sent from my iPhone

D-CAR-00001937

On Apr 7, 2014, at 11:59 PM, "Scott Elliott"
<selliott@crestpumpingtechnologies.com> wrote:

Slurry ran true. Dart landed on the money. Bomb opened tool at 800lb. Dale
is starting to get it and bulkies did great. All equipment performed well. C -
Man was just peachy upon our departure. KK5 headed to Battle Mountain
Rd.

Scott Elliott

Crest Pumping Technologies

940-229-1482

On Mar 9, 2014, at 9:03 PM, "Patrick Helgerson"
<phelgerson@crestpumpingtechnologies.com> wrote:

Correction,

Use this thread for all post job emails.

*Patrick Helgerson*

*Operations Manager*

<image001.jpg>

*Sweetwater, Texas*

*O# 325-235-0017*

*C# 830-480-6688*

From: Patrick Helgerson
Sent: Sunday, March 09, 2014 12:19 PM
To: David Crombie; Jimmy Davis; Kevin Dennis; Joe Huwel; Bryan
Besselaar; Brian Perkins; Trey Reynolds; Jody Damron; Duston Daws;
Todd Besselaar; Kamrin Almond; Joseph Reeves; Griffin Smith; Shawn
Carter; David Burgess; Aaron Roberts; Cody Reeves; Cody Roberts;

D-CAR-00001938

Richie Panko; Scott Elliott; Heath Bilby; WP Stephens; Manual Flores;
Allen Brown; Brandon Brown; Scot Carley; Shaun Jackson; David
Urbantke; Josh Lawson; Zach Leatherwood; Ricky Swindle; Aaron
Lewis; Justin Cathey; Justin Schiffbauer; Lucas Martin; Brian Harrison;
Brad Holley; Billy Shelton; Bill Jackson
Subject: Post Job Emails

Gents,

From now on use this thread for ALL POST JOB EMAILS and NO
OTHERS that are floating around out there.

Thanks

*Patrick Helgerson*

*Operations Manager*

<image001.jpg>

*Sweetwater, Texas*

*O# 325-235-0017*

*C# 830-480-6688*

D-CAR-00001939

To:      Manual Flores[ Redacted ]
Cc:      Cody Roberts[ Redacted ]; Ricky
Swindle[ Redacted ]; Cody
Reeves[ Redacted ]; Patrick
Helgerson[phelgerson@crestpumpingtechnologies.com]; Scot
Carley[scarley@crestpumpingtechnologies.com]; Shaun
Jackson[ Redacted ]; Steve
Edmonson[ Redacted ]; Ben
Parsons[ Redacted ]; Zach
Leatherwood[ Redacted ]; David
Urbantke[ Redacted ]; Richie
Panko[ Redacted ]; Billy
Shelton[bshelton@crestpumpingtechnologies.com]; Heath Bilby[ Redacted ];
WP Stephens[ Redacted ]; Todd
Besselaar[ Redacted ]; Griffin
Smith[GSmith@crestpumpingtechnologies.com]; Scott Elliott[selliott@crestpumpingtechnologies.com];
David Cromble[dcromble@crestpumpingtechnologies.com]; Jimmy
Davis[jdavis@crestpumpingtechnologies.com]; Kevin Dennis[kdennis@crestpumpingtechnologies.com];
Joe Huwel[JHuwel@crestpumpingtechnologies.com]; Bryan
Besselaar[bbesselaar@crestpumpingtechnologies.com]; Brian
Perkins[ Redacted ]; Trey
Reynolds[treynolds@crestpumpingtechnologies.com]; Jody
Damron[ Redacted ]; Duston
Daws[ Redacted ]; Kamrin
Almond[ Redacted ]; Joseph
Reeves[ Redacted ]; Shawn
Carter[ Redacted ]; David
Burgess[ Redacted ]; Aaron
Roberts[ Redacted ]; Allen
Brown[ Redacted ]; Josh
Lawson[jlawson@crestpumpingtechnologies.com]; Aaron Lewis[alewis@crestpumpingtechnologies.com];
Justin Cathey[jcathey@crestpumpingtechnologies.com]; Justin
Schiffbauer[JSchiffbauer@crestpumpingtechnologies.com]; Lucas
Martin[LMartin@crestpumpingtechnologies.com]; Brian
Harrison[bharrison@crestpumpingtechnologies.com]; Brad
Holley[bholley@crestpumpingtechnologies.com]; Bill Jackson[bjackson@crestpumpingtechnologies.com];
Clint Kaker[ckaker@crestpumpingtechnologies.com]
From:    Brandon Brown
Sent:    Sun 5/4/2014 10:52:05 AM
Subject: Re: WTX 3 ROC Fryar #3134 Intermidiate

Job went great comp man said that me and my men did an excellent job and that we were all very
professional and we worked hard DP 18 pumped perfect cement and on the money displacement
we circulated 90 bbls or 186 sx bulk Trks did a good job
Sent from my iPhone

On May 3, 2014, at 5:08 PM, "Manual Flores" < Redacted >
wrote:

Job started smooth for a little while then pump 11 packed off slowed down and got it rolling
again still got good cement down hole. Pumped 27 bbls to surface and landed plug as
calculated. C-man not mad said we did good job taking care of the issue. Washed pump up




EXHIBIT
S

D-CAR-00001962

after we got done. And Doug said he saw some rocks coming from recirculatter will see at the yard what's wrong with it . Needs to be tested again on a surface job after we work on it. To see if it works better on next job. Nothing left on location headed in to work on pump.

Manuel Flores
Service Supervisor
Crest Pumping Technologies
131 F.M 4 Jacksboro Tx

Redacted

On Feb 19, 2014, at 10:48 AM, "Manual Flores"
< Redacted > wrote:

Manuel Flores
Service Supervisor
Crest Pumping Technologies
131 F.M 4 Jacksboro Tx

Redacted

D-CAR-00001963

On Feb 18, 2014, at 10:55 AM, "Manual Flores"
< Redacted > wrote:

3 Double Nuts
1 chick
3 bells
1 one inch valve
9 4inch water hoses
5 wash up hoses
1 wash up connection
3 4inch tees
1 4inch double wingl
1 double tread
2 mail water connections
3 4inch 45
2 4inch 90
It haves all the rest of iron on it.

Manuel Flores
Service Supervisor
Crest Pumping Technologies
131 F.M 4 Jacksboro Tx

**Redacted**

On Feb 18, 2014, at 9:15 AM, "Griffin Smith"
<GSmith@crestpumpingtechnologies.com> wrote:

Pump 7

Bells-3

Chicsons-5

Double Nuts-3

D-CAR-00001964

"T"'s-1

1" Valve -1

2" Valve-2

---

**From:** Bryan Besselaar
**Sent:** Tuesday, February 18, 2014 8:58 AM
**To:** Kevin Dennis; Clint Kaker; Aaron Roberts; Brian Harrison; Brian Perkins; Cody Reeves; Cody Roberts; David Burgess;David Urbantke; Griffin Smith; Heath Bilby; Joseph Reeves; Josh Lawson; Justin Schiffbauer; Kamrin Almond; Lucas Martin; Manual Flores; Patrick Helgerson; Russ Kimzey; Scott Elliott; Shaun Jackson; Shawn Carter; Todd Besselaar; Trey Reynolds; Zach Leatherwood

**Cc:** Richie Panko
**Subject:** RE: Packing

Richie has been on 7 and his name is not in the email list. We will get it now

**From:** Kevin Dennis
**Sent:** Tuesday, February 18, 2014 8:50 AM
**To:** Clint Kaker; Aaron Roberts; Brian Harrison; Brian Perkins; Bryan Besselaar; Cody Reeves; Cody Roberts; David Burgess; David Urbantke; Griffin Smith; Heath Bilby; Joseph Reeves; Josh Lawson; Justin Schiffbauer; Kamrin Almond; Lucas Martin; Manual Flores; Patrick Helgerson; Russ Kimzey; Scott Elliott; Shaun Jackson; Shawn Carter; Todd Besselaar; Trey Reynolds; Zach Leatherwood
**Subject:** RE: Packing

Kaker, do you have all of the inventory lists that you need. We have 11 minutes left on your deadline. Let me know asap.
Thanks,

KD

D-CAR-00001965

**From:** Clint Kaker
**Sent:** Monday, February 17, 2014 12:13 PM
**To:** Aaron Roberts; Brian Harrison; Brian Perkins; Bryan Besselaar; Cody Reeves; Cody Roberts; David Burgess; David Urbantke; Griffin Smith; Heath Bilby; Joseph Reeves; Josh Lawson; Justin Schiffbauer; Kamrin Almond; Kevin Dennis; Lucas Martin; Manual Flores; Patrick Helgerson; Russ Kimzey; Scott Elliott; Shaun Jackson; Shawn Carter; Todd Besselaar; Trey Reynolds; Zach Leatherwood
**Subject:** Packing

Guys, on pump 18 we just pulled another set of frac pump packing out of it. I don't know why that packing is getting installed, but it stops now. If you don't know the difference, ask the mechanics or myself.

Justin, Lucas, take any pump packing we have, and verify that it is correct. I want all the frac pump packing put in the shop office, labeled frac, and locked up. The only packing I want out and accessible is for the cement pumps.

Cementers, I only received inventories for units 1,3,11,and 15. They were submitted by Elliot, Leatherwood, Bilby, and Jackson. I want the rest of them by 09:00 tomorrow morning. I expect a reply that this has been read.

Thanks,

Clint Kaker

Crest Pumping Technologies

940-229-0972

<image001.jpg>

On May 3, 2014, at 2:30 PM, "Cody Roberts" < [Redacted] >

wrote:

Job went great. Cement and displacement pumped to calculation. Landed plug on the money. Brought 16 bbls to surface. Everything racked and nothing left. Co man happy with job. Everyone did a great job running equipment.

Cody Roberts
Service Supervisor
Crest Pumping Technologies

D-CAR-00001967

To:      David Crombie[dcrombie@crestpumpingtechnologies.com]
Cc:      Steve Edmonson[⟨Redacted⟩]; Justin
Schiffbauer[JSchiffbauer@crestpumpingtechnologies.com]; Zach
Leatherwood[⟨Redacted⟩]; Cody
Roberts[⟨Redacted⟩]; Phillip Best[⟨Redacted⟩];
James West[⟨Redacted⟩]; Patrick
Helgerson[phelgerson@crestpumpingtechnologies.com]; Brian
Shaw[⟨Redacted⟩]; Ricky
Swindle[⟨Redacted⟩]; Josh
Lawson[⟨Redacted⟩]; Kevin
Dennis[kdennis@crestpumpingtechnologies.com]; Jimmy Davis[jdavis@crestpumpingtechnologies.com];
Joe Huwel[JHuwel@crestpumpingtechnologies.com]; Bill
Jackson[bjackson@crestpumpingtechnologies.com]; Aaron
Reed[ARead@crestpumpingtechnologies.com]; T.O. Ryan[TORyan@crestpumpingtechnologies.com];
Marshall Tetsworth[mtetsworth@crestpumpingtechnologies.com]; Brian
Perkins[⟨Redacted⟩]; Jody
Damron[⟨Redacted⟩]; Trey
Reynolds[treynolds@crestpumpingtechnologies.com]; Bryan
Besselaar[bbesselaar@crestpumpingtechnologies.com]; Griffin
Smith[GSmith@crestpumpingtechnologies.com]; David
Burgess[⟨Redacted⟩]; Duston
Daws[⟨Redacted⟩]; Shawn Carter[⟨Redacted⟩];
Todd Besselaar[⟨Redacted⟩]; WP
Stephens[⟨Redacted⟩]; Joseph
Reeves[⟨Redacted⟩]; Kamrin
Almond[⟨Redacted⟩]; Cody
Reeves[⟨Redacted⟩]; Aaron
Roberts[⟨Redacted⟩]; Christopher
Hart[⟨Redacted⟩]; Scott Elliott[selliott@crestpumpingtechnologies.com];
Manual Flores[⟨Redacted⟩]; David
Urbantke[⟨Redacted⟩]; Dusty
Tholl[⟨Redacted⟩]; Shaun
Jackson[⟨Redacted⟩]; Allen
Brown[⟨Redacted⟩]; Ben
Parsons[⟨Redacted⟩]; Matt
Brown[MBrown@crestpumpingtechnologies.com]; Clint Kaker[ckaker@crestpumpingtechnologies.com];
Billy Shelton[bshelton@crestpumpingtechnologies.com]; Brian
Harrison[bharrison@crestpumpingtechnologies.com]; Lucas
Martin[LMartin@crestpumpingtechnologies.com]; Terry Cathey[tcathey@crestpumpingtechnologies.com];
Crest Pumping Technologies - Jacksboro[crest@crestpumpingtechnologies.com]; WTX
Dispatch[WTXDispatch@crestpumpingtechnologies.com]; Richie
Panko[⟨Redacted⟩]; Doug
Damron[ddamron@crestpumpingtechnologies.com]
From:    Brendon Brown
Sent:    Sat 8/2/2014 2:57:11 PM
Subject: Re: WTX, Apache NMU 3701 BH Intermediate- Report

Thanks I appreciate it

Sent from my iPhone

On Aug 2, 2014, at 2:08 PM, "David Crombie" <dcrombie@crestpumpingtechnologies.com>
wrote:





D-CAR-00002091

Good job Brandon I like hearing positive things

David Crombie

On Aug 2, 2014, at 2:07 PM, "Steve Edmonson"
< Redacted > wrote:

I just talked to Adam Garza, the company man on Capstar 127. He said that Brandon Brown was the supervisor on the intermediate string that was set on wednesday. Adam said that it was the BEST cement job that he has EVER had done. He said that Brandon was the picture of professionalism and handles his crew and equipment very well.

Good job Brandon!! Keep up the good work!!

Steve Edmonson
Field Supervisor
Crest Pumping Technologies

## Redacted

On Jul 30, 2014, at 8:16, "Brandon Brown"
<bbrown@crestpumpingtechnologies.com> wrote:

Job went great company man was bragging on all of us from crest pumped cement to specs displacement as figured landed the plug circ 18 bbls of cmnt everything off of location

Sent from my iPhone

On Jul 30, 2014, at 7:41 AM, "Justin Schiffbauer"
<JSchiffbauer@crestpumpingtechnologies.com> wrote:

I hear there is a congratulations in order Zachary! I hope it's a girl.

Sent from my iPhone

On Jul 30, 2014, at 1:53 AM, "Zach Leatherwood"
< Redacted > wrote:

Job went great once we got started. All equipment ran fine. Going to

repack 2 holes on DP 20 when we get back to the yard. Bins hatched and checked out good. Weighted spacer, cement, and displacement all went as calculated. Had full returns and circulated 10 bbl cmt to surface. Company man wasn't too happy about our cement volume issues we had but did comment on our job performance, saying we did a good job. Left 5 1/2 head and manifold and butress nubbin on location. Picked up swage.

Sent from my iPhone

On Jul 29, 2014, at 10:25 PM, "Cody Roberts"
< [ Redacted ] > wrote:


Job went great. Both stages pumped to calculation. Rig Circulated 16 bbls off the DV tool. Maintained 100% returns through both stages. Didn't circulate any cement on second stage. Co man was pleased with job and performance and job. Nothing left on location

Cody Roberts
Service Supervisor
Crest Pumping Technologies

D-CAR-00002093

 

# RAILROAD COMMISSION OF TEXAS

1701 N. Congress
P.O. Box 12967
Austin, Texas 78701-2967

## CEMENTING REPORT

## Form W-15
Rev. 08/2014

| Cementer: Fill in shaded areas. |
| Operator: Fill in other items. |

## OPERATOR INFORMATION

| Operator Name: | Operator P-5 No.: |
| Cementer Name: | Cementer P-5 No.: |

## WELL INFORMATION

| District No.: | County: | |
| Well No.: | API No.: | Drilling Permit No.: |
| Lease Name: | Lease No.: | |
| Field Name: | Field No.: | |

## I. CASING CEMENTING DATA

Type of casing: ☐ Conductor ☐ Surface ☐ Intermediate ☐ Liner ☐ Production

| Drilled hole size (in.): | Depth of drilled hole (ft.): | Est. % wash-out or hole enlargement: |
| Size of casing in O.D. (in.): | Casing weight (lbs/ft) and grade: | No. of centralizers used: |
| Was cement circulated to ground surface (or bottom of cellar) outside casing? ☐ YES ☐ NO If no for surface casing, explain in Remarks. | Setting depth shoe (ft.): | Top of liner (ft.): |
| | | Setting depth liner (ft.): |
| Hrs. waiting on cement before drill-out: | Calculated top of cement (ft.): | Cementing date: |

### SLURRY

| Slurry No. | No. of Sacks | Class | Additives | Volume (cu. ft.) | Height (ft.) |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| Total | | | | | |

## II. CASING CEMENTING DATA

Type of casing: ☐ Surface ☐ Intermediate ☐ Production ☐ Tapered production ☐ Multi-stage cement shoe ☐ Multiple parallel strings

| Drilled hole size (in.): | Depth of drilled hole (ft.): | Est. % wash-out or hole enlargement: |
| Size of casing in O.D. (in.): | Casing weight (lbs/ft) and grade: | No. of centralizers used: |
| Tapered string drilled hole size (in.) Upper:                      Lower: | Tapered string depth of drilled hole (ft.) Upper:                      Lower: | |
| Tapered string size of casing in O.D. (in.) Upper:                Lower: | Tapered string casing weight(lbs/ft) and grade Upper:                Lower: | Tapered string no. of centralizers used Upper:                Lower: |
| Was cement circulated to ground surface (or bottom of cellar) outside casing? ☐ YES ☐ NO | | Setting depth shoe (ft.): |
| Hrs. waiting on cement before drill-out: | Calculated top of cement (ft.): | Cementing date: |

### SLURRY

| Slurry No. | No. of Sacks | Class | Additives | Volume (cu. ft.) | Height (ft.) |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| Total | | | | | |

## III. CASING CEMENTING DATA

Type of casing: ☐ Surface ☐ Intermediate ☐ Production ☐ Tapered production ☐ Multi-stage cement/DV tool ☐ Multiple parallel strings

| Drilled hole size (in.): | Depth of drilled hole (ft.): | Est. % wash-out or hole enlargement: |
| Size of casing in O.D. (in.): | Casing weight (lbs/ft) and grade: | No. of centralizers used: |
| Tapered string drilled hole size (in.) Upper:                      Lower: | Tapered string depth of drilled hole (ft.) Upper:                      Lower: | |
| Tapered string size of casing in O.D. (in.) Upper:                Lower: | Tapered string casing weight(lbs/ft) and grade Upper:                Lower: | Tapered string no. of centralizers used Upper:                Lower: |
| Was cement circulated to ground surface (or bottom of cellar) outside casing? ☐ YES ☐ NO | | Setting depth tool (ft.): |
| Hrs. waiting on cement before drill-out: | Calculated top of cement (ft.): | Cementing date: |

### SLURRY

| Slurry No. | No. of Sacks | Class | Additives | Volume (cu. ft.) | Height (ft.) |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| Total | | | | | |


EXHIBIT
U

| CEMENTING TO SQUEEZE, PLUG BACK OR PLUG AND ABANDON | | | | | | | |
|---|---|---|---|---|---|---|---|
| | PLUG #1 | PLUG #2 | PLUG #3 | PLUG #4 | PLUG #5 | PLUG #6 | PLUG #7 |
| Cementing Date | | | | | | | |
| Size of hole or pipe (in.) | | | | | | | |
| Depth to bottom of tubing or drill pipe (ft.) | | | | | | | |
| Cement retainer setting depth (ft.) | | | | | | | |
| CIBP setting depth (ft.) | | | | | | | |
| Amount of cement on top of CIBP (ft.) | | | | | | | |
| Sacks of cement used | | | | | | | |
| Slurry volume pumped (cu. ft.) | | | | | | | |
| Calculated top of plug (ft.) | | | | | | | |
| Measured top of plug, if tagged (ft.) | | | | | | | |
| Slurry weight (lbs/gal) | | | | | | | |
| Class/type of cement | | | | | | | |
| Perforate and squeeze (YES/NO) | | | | | | | |

| REMARKS |
|---|
| |

**CEMENTER'S CERTIFICATE:** I declare under penalties prescribed in Sec. 91.143, Texas Natural Resources Code, that I am authorized to make this certification, that the cementing of casing and/or the placing of cement plugs in this well as shown in the report was performed by me or under my supervision, and that the cementing data and facts presented on both sides of this form are true, correct and complete, to the best of my knowledge. This certification covers cementing data only.

| Name and title of cementer's representative | Cementing Company | | Signature | |
|---|---|---|---|---|
| Address | City, State, Zip Code | Tel: Area Code | Number | Date: mo. day yr. |

**OPERATOR'S CERTIFICATE:** I declare under penalties prescribed in Sec. 91.143, Texas Natural Resources Code, that I am authorized to make this certification, that I have knowledge of the well data and information presented in this report, and that data and facts presented on both sides of this form are true, correct, and complete, to the best of my knowledge. This certification covers all well data.

| Typed or printed name of operator's representative | Title | | Signature | |
|---|---|---|---|---|
| Address | City, State, Zip Code | Tel: Area Code | Number | Date: mo. day yr. |

# Instructions for Form W-15, Cementing Report

NOTICE: The Form W-15 must be submitted as an attachment to a Form G-1 (Gas Well Back Pressure Test, Completion or Recompletion Report, and Log), Form W-2 (Oil Well Potential Test, Completion or Recompletion Report, and Log), Form W-3 (Plugging Record), or Form W-4 (Application for Multiple Completion), any time cement is pumped in a wellbore.

A. **What to file:** An operator should file an original and one copy of the completed Form W-15 for each cementing company used on a well. The cementing of different casing strings on a well by one cementing company may be reported on one form.

The Form W-15 should be filed with the Form W-3, Plugging Record, unless the Form W-3 is signed by the cementing company representative. When reporting dry holes, operators must complete Form W-15, in addition to Form W-3, to show any casing cemented in the hole.

B. **How to file:** An oil and gas completion report and Form W-15 may be filed online using the Commission's Online System (https://webapps.rrc.state.tx.us/security/login.do) or a paper copy of the form may be mailed to the Commission in Austin (P.O. Box 12967, Austin, Texas 78711-2967).

C. **Surface casing:** An operator must set and cement sufficient surface casing to protect all usable-quality water strata, as defined by the Groundwater Advisory Unit in Austin. Sufficient cement shall be used to fill the annular space outside the casing from the shoe to the ground surface or to the bottom of the cellar. Before drilling a well, an operator must obtain a letter from the Groundwater Advisory Unit stating the protection depth. Surface casing should not be set deeper than 200 feet below the specified depth without prior approval from the Commission.

To plug and abandon a well, operators must use only cementers approved by the Commission's Director of Field Operations in accordance with SWR 14 (http://info.sos.state.tx.us/pls/pub/readtac$ext.TacPage?sl=R&app=9&p_dir=&p_rloc=&p_tloc=&p_ploc=&pg=1&p_tac=16&ti=16&pt=1&ch=3&rl=14). Cementing companies, service companies, or operators can qualify as approved cementers by demonstrating that they are able to mix and pump cement in compliance with Commission rules and regulations.

D. **Estimated % wash-out:** If the estimated % wash-out is less than 20% (or 30% along the Gulf Coast), provide supporting documentation such as a caliper log to show how the estimated % wash-out was obtained.

E. **Multi-stage cement:** An operator must report the multi-stage cement shoe in II. Casing Cementing Data section by selecting the type of casing and Multi-stage cement shoe. The operator must report the multi-stage cement tool in III. Casing Cementing Data section by selecting the type of casing and Multi-stage cement/DV tool.

F. **Multiple parallel strings:** An operator should file the Form W-15 as an attachment to the Form W-4, Application for Multiple Completion. An operator may be required to submit multiple Form W-15s to show all data for multiple parallel strings.

G. **Slurry data:** If cement job exceeds three slurries, continue the list of slurries in the Slurry table in the subsequent Casing Cementing Data box.

# Energy / Crest Vehicle Mileage Report 2016

| UNIT # | YEAR | MAKE | MODEL | VIN # | LICENSE |
|---|---|---|---|---|---|
| 110010 | 2012 | Ford | F-350 | 1FT8W3BT6CEA82656 | BP43173 |
| 110016 | 2012 | Ford | F-350 | 1FT8W3BT3CEB24491 | BX49732 |
| 110017 | 2012 | Ford | F-350 | 1FT8W3BT3CEB24488 | BW11664 |
| 110021 | 2012 | Ford | F-350 | 1FT8W3BTXCEC33773 | FMN7938 |
| 110022 | 2012 | Ford | F-350 | 1FT8W3BT6CEC33771 | CA56782 |
| 110023 | 2012 | Ford | F-350 | 1FT8W3BT7CEC33777 | CA56781 |
| 110024 | 2012 | Ford | F-350 | 1FT8W3BT4CEC33770 | BVK5468 |
| 110025 | 2012 | Ford | F-350 | 1FT8W3BT5CEC33776 | BNY5609 |
| 110026 | 2012 | Ford | F-350 | 1FT8W3BT3CEC33775 | BNY5728 |
| 110028 | 2013 | Ford | F-350 | 1FT8W3BT8DEA38515 | BZB0611 |
| 110029 | 2013 | Ford | F-350 | 1FT8W3BT8DEA48820 | BZB0663 |
| 110031 | 2013 | Ford | F-350 | 1FT8W3BT8DEB53521 | CHW1703 |
| 110032 | 2013 | Ford | F-350 | 1FT8W3BTXDEB53522 | CHW1702 |
| 110034 | 2013 | Ford | F-350 | 1FT8W3BT3DEB86605 | CNV8891 |
| 110036 | 2013 | Ford | F-350 | 1FT8W3BT3DEB61607 | CNV8987 |
| 110037 | 2014 | Ford | F-350 | 1FT8W3BT6EEA61390 | CRS6213 |
| 110038 | 2014 | Ford | F-350 | 1FT8W3BT8EEA61391 | CRS6148 |
| 110039 | 2014 | Ford | F-350 | 1FT8W3BTXEEA61392 | CRS6344 |
| 110040 | 2014 | Ford | F-350 | 1FT8W3BT8EEA08349 | CST8417 |
| 110041 | 2014 | Ford | F-350 | 1FT8W3BT9EEA47290 | CTW5980 |
| 110042 | 2014 | Ford | F-350 | 1FT8W3BT9EEA66227 | CTW6155 |
| 110043 | 2014 | Ford | F-350 | 1FT8W3BT9EEB09528 | CYF7012 |
| 110044 | 2014 | Ford | F-350 | 1FT8W3BT0EEB09529 | CYF7068 |
| 110045 | 2014 | Ford | F-350 | 1FT8W3BT5EEB28576 | CYF7046 |
| 110046 | 2014 | Ford | F-350 | 1FT8W3BT3EEB28575 | CYR0782 |
| 110047 | 2014 | Ford | F-350 | 1FT8W3BT7EEB28577 | CYR0783 |
| 110048 | 2014 | Ford | F-350 | 1FT8W3BT7EEB09527 | DBX8508 |
| 110049 | 2014 | Ford | F-350 | 1FT8W3BTXEEB61945 | DFF8756 |
| 110050 | 2014 | Ford | F-350 | 1FT8W3BT1EEB61946 | DFF8748 |
| 110052 | 2014 | Ford | F-350 | 1FT8W3BT0FEA04345 | DMS0130 |
| 110054 | 2015 | Ford | F-350 | 1FT8W3BT6FEA41657 | DVT3457 |
| 110055 | 2015 | Ford | F-350 | 1FT8W3BT0FEA41654 | DVT3677 |
| 110056 | 2015 | Ford | F-350 | 1FT8W3BT2FEA41655 | DVT3624 |
| 110057 | 2015 | Ford | F-350 | 1FT8W3BT4FEA41656 | DVT3676 |
| 110058 | 2015 | Ford | F-350 | 1FT8W3BT9FEA04344 | DYW4556 |
| 110060 | 2015 | Ford | F-350 | 1FT8W3BT4FEA86709 | FBL9378 |
| 110062 | 2015 | Ford | F-350 | 1FT8W3BT6FEB62091 | FHG1835 |
| 110064 | 2015 | Ford | F-350 | 1FT8W3BT3FEB62095 | FFL1399 |
| 120003 | 2012 | Ford | F-250 | 1FT7W2BT3CEB44553 | BT18741 |



EXHIBIT

V

D-CAR-00002801

**To:**    Brandon Brown[bbrown@crestpumpingtechnologies.com]
**Cc:**    Scott Elliott[selliott@crestpumpingtechnologies.com]; James
Forbus[jforbus@crestpumpingtechnologies.com]; Bill
Jackson[bjackson@crestpumpingtechnologies.com]; Bruce
Withers[bwithers@crestpumpingtechnologies.com]; Bryan
Besselaar[bbesselaar@crestpumpingtechnologies.com]; Clint
Kaker[ckaker@crestpumpingtechnologies.com]; Cody
Reeves[                    Redacted                    ]; Jim Hart[jhart@crestpumpingtechnologies.com];
Josh Lawson[                    Redacted                    ]; Justin
Cathey[jcathey@crestpumpingtechnologies.com]; Kevin
Dennis[kdennis@crestpumpingtechnologies.com]; Ricky
Swindle[                Redacted                ]; Shaun
Jackson[                Redacted                ]; Shawn
Carter[                Redacted                ]; Jeff Gleason[jgleason@crestpumpingtechnologies.com];
Zach Leatherwood[                    Redacted                    ]; Terry
Cathey[tcathey@crestpumpingtechnologies.com]
**From:**   Scot Carley
**Sent:**   Sun 4/6/2014 5:48:21 PM
**Subject:**  Re: Miles and Hours

Trk 110047 hrs 907 miles 12720

Scot Carley
Cement Service Supervisor
Crest Pumping Technologies
Sweetwater Tx.
325-236-3378




On Apr 6, 2014, at 5:25 PM, "Brandon Brown" <bbrown@crestpumpingtechnologies.com>
wrote:


   Trk #110037
   Miles 23264
   Hours 1256


   Sent from my iPhone

   On Apr 6, 2014, at 5:22 PM, "Scott Elliott" <selliott@crestpumpingtechnologies.com>
   wrote:


      1132
      Mi. 39254
      Hr. 2652


      Scott Elliott



EXHIBIT
W

D-CAR-00002694

Crest Pumping Technologies
940-229-1482

On Apr 6, 2014, at 4:25 PM, "James Forbus"
<jforbus@crestpumpingtechnologies.com> wrote:

Please send Miles and Hours on Crest Vehicles and equipment Please

Thanks James

D-CAR-00002695