```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
                       MIDLAND/ODESSA DIVISION

SCOT CARLEY, on behalf of     X
himself and all others        X
similarly situated,           X
                              X
        Plaintiffs,           X
                              X  CIVIL ACTION
VS.                           X  NO.: 7:15-CV-66161-HLH
                              X
CREST PUMPING                 X
TECHNOLOGIES, L.L.C.,         X
                              X
        Defendant.            X
```

---

ORAL DEPOSITION OF

DAVID WAYNE CROMBIE

CORPORATE REPRESENTATIVE OF

CREST PUMPING TECHNOLOGIES, LLC

March 29, 2016

---

ORAL DEPOSITION OF DAVID WAYNE CROMBIE, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on March 29, 2016, from 9:02 a.m. to 12:28 p.m., before JENNIFER L. SANDERS, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Murphy Mahon Keffler & Farrier, 505 Pecan Street, Suite 201, Fort Worth, Texas pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record and/or attached hereto.

ORIGINAL

Julia Whaley & Associates
214-668-5578

EXHIBIT 3

```
 1                A P P E A R A N C E S

 2   FOR THE PLAINTIFFS:

 3       MR. COLLIN J. WYNNE
         The Young Law Firm, P.C.
 4       1001 S. Harrison
         Suite 200
 5       Amarillo, Texas 79101
         Office:  806-331-1800
 6       Fax:  806-398-9095
         Email:  collin@youngfirm.com
 7

 8   FOR THE DEFENDANT:

 9       MS. JENNIFER L. ANDERSON
         Jones Walker, LLP
10       8555 United Plaza Boulevard
         Baton Rouge, Louisiana 70809-7000
11       Office:  225-248-2040
         Fax:  225-248-3040
12       Email:  janderson@joneswalker.com

13   ALSO PRESENT:

14       Ms. Heather Schmidt
15       Nine Energy Service

16

17

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X
                                                          PAGE
 2   Appearances.............................................  2
 3   Exhibit Index...........................................  4
 4   Agreements..............................................  5
 5
 6   DAVID WAYNE CROMBIE
 7        Examination by Mr. Wynne...........................  6
 8        Examination by Ms. Anderson........................ 90
 9
10   Changes and Signature................................... 95
11   Reporter's Certificate.................................. 97
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 10:12:39 1 | Q. | Why -- why does a service supervisor need a |
| 10:12:39 2 | company truck? | |
| 10:12:39 3 | A. | Because they lead the crew on the job and |
| 10:12:39 4 | supervise the crew. | |
| 10:12:39 5 | Q. | Are the -- let's talk about the job duties of |
| 10:12:39 6 | Mr. Brown and Mr. Carley as it relates to why they needed | |
| 10:12:39 7 | a company vehicle. What -- what were their | |
| 10:12:39 8 | responsibilities in working for Crest as a cement service | |
| 10:12:39 9 | supervisor? | |
| 10:12:39 10 | A. | They -- they supervise the crews on location. |
| 10:12:39 11 | Q. | You say location. What's the location? |
| 10:12:40 12 | A. | Job site. |
| 10:12:40 13 | Q. | And that's a drilling well, or what is it? |
| 10:12:40 14 | A. | It could be, yes. |
| 10:12:40 15 | Q. | What else could it be? |
| 10:12:40 16 | A. | It could be remedial work. |
| 10:12:40 17 | Q. | And where would the remedial work take place? |
| 10:12:40 18 | A. | On the location of the well. |
| 10:12:40 19 | Q. | So it's going to be the -- where a well is |
| 10:12:40 20 | located; is that fair to say? | |
| 10:12:40 21 | A. | Yes. |
| 10:12:40 22 | Q. | And how -- how far are these different wells |
| 10:12:40 23 | they go to? How far are they from where they're coming | |
| 10:12:40 24 | from, I guess their houses? | |
| 10:12:40 25 | A. | I don't know where they live. |

| | |
|---|---|
| 10:12:41 1 | Q. And were Mr. Brown and Mr. Carley's primary |
| 10:12:41 2 | responsibilities or duties, did they involve just |
| 10:12:41 3 | cementing jobs or what were their -- what were their |
| 10:12:41 4 | responsibilities in their role with Crest? |
| 10:12:41 5 | A. At that time it would have been cementing jobs, |
| 10:12:41 6 | I believe, only. |
| 10:12:42 7 | Q. So they were responsible for going to the job |
| 10:12:42 8 | site, and how does one do cementing work for us pencil |
| 10:12:42 9 | pushers that don't know? |
| 10:12:42 10 | A. What is his responsibility, is that what you're |
| 10:12:42 11 | asking? |
| 10:12:42 12 | Q. Yeah, Mr. Brown and Mr. Carley's. |
| 10:12:42 13 | A. They supervise the job. So they make sure all |
| 10:12:42 14 | the equipment operators, oversee those guys, just make |
| 10:12:42 15 | sure they're doing what they're supposed to. |
| 10:12:42 16 | Q. Do they operate equipment, as well? |
| 10:12:42 17 | A. The cementing head usually is all they operate. |
| 10:12:42 18 | Q. Now, what does operating a cementing head -- |
| 10:12:42 19 | what is that? What does that mean as far as the process? |
| 10:12:42 20 | A. Well, along with a rig crew, they put it on, |
| 10:12:42 21 | just kind of guide it on the casing. And then at the |
| 10:12:42 22 | time they drop the plug that's in the -- that's in the |
| 10:12:42 23 | side of the cementing head after the cement is pumped. |
| 10:12:42 24 | So it involves pulling a -- turning a pin out of the head |
| 10:12:42 25 | with their hand. |

```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE WESTERN DISTRICT OF TEXAS
                       MIDLAND/ODESSA DIVISION

SCOT CARLEY, on behalf of      X
himself and all others         X
similarly situated,            X
                               X
        Plaintiffs,            X
                               X CIVIL ACTION
VS.                            X NO.: 7:15-CV-66161-HLH
                               X
CREST PUMPING TECHNOLOGIES,    X
L.L.C.,                        X
                               X
        Defendant.             X
```

---

REPORTER'S CERTIFICATION

DEPOSITION OF DAVID WAYNE CROMBIE

March 29, 2016

---

I, Jennifer L. Sanders, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, DAVID WAYNE CROMBIE, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on ___4/22___, 2016 to Ms. Jennifer L. Anderson, attorney for DAVID WAYNE CROMBIE, for examination,

Julia Whaley & Associates
214-668-5578

1  signature and return to me by ___5-23___, 2016.

2      That the amount of time used by each party at

3  the deposition is as follows:

4      MR. COLLIN J. WYNNE:  2 Hour(s), 48 Minute(s)
    MS. JENNIFER L. ANDERSON:  6 Minute(s)

5

6      That pursuant to information given to the

7  Deposition officer at the time said testimony was taken,

8  the following includes counsel for all parties of record:

9  **FOR THE PLAINTIFFS:**

10     MR. COLLIN J. WYNNE
    The Young Law Firm, P.C.
11     1001 S. Harrison
    Suite 200
12     Amarillo, Texas 79101
    Office:  806-331-1800
13     Fax:  806-398-9095
    Email:  collin@youngfirm.com

14

15 **FOR THE DEFENDANT:**

16     MS. JENNIFER L. ANDERSON
    Jones Walker, LLP
17     8555 United Plaza Boulevard
    Baton Rouge, Louisiana 70809-7000
18     Office:  225-248-2040
    Fax:  225-248-3040
19     Email:  janderson@joneswalker.com

20

21     That $_____ is the deposition officer's

22 charges to the Plaintiffs for preparing the original

23 deposition transcript and any copies of exhibits;

24     I further certify that I am neither counsel

25 for, related to, nor employed by any of the parties or

1 | attorneys in the action in which this proceeding was
2 | taken, and further that I am not financially or otherwise
3 | interested in the outcome of the action.
4 |        Certified to by me this _22nd_ day of
5 | _April_, 2016.
6 |
7 |
8 |                    _____
                       JENNIFER L. SANDERS, CSR No. 5091
9 |                    Expiration Date: 12/31/17
                       JULIA WHALEY & ASSOCIATES
10 |                   2012 Vista Crest Drive
                       Carrollton, Texas 75007
11 |                   Firm Registration No. 436
                       214-668-5578 (Office)
12 |                   214-236-6666 (Fax)
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |