**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **SCOT CARLEY, on behalf of himself and all others similarly situated,** | |
| **Plaintiffs,** | |
| **V.** | **CIVIL ACTION NO. 7:15-CV-00161-HLH** |
| **CREST PUMPING TECHNOLOGIES, L.L.C.** | |
| **Defendant.** | |

## <u>ORDER</u>

On the _____ day of June, 2016, came to be considered Scot Carley and Brandon Brown's Objection to Defendant's Motions for Leave to Exceed Page Limit in Reply to Plaintiffs' Responses to Defendant's Motions for Summary Judgment and Plaintiffs' Motion to Strike Evidence Attached to Defendants' Reply and Opposed Motion for Leave to Sur-Reply, and said motion is hereby **GRANTED.** Scot Carley and Brandon Brown, are **GRANTED** leave to file the 'Plaintiffs' Sur-Reply Brief in Support of Use of 'Actual Weight' in Applying the TCA Exception to the MCA Exemption' attached to their Motion; and the Court will consider no additional evidence filed by the Defendant in its Replies in ruling on the Defendant's Motions for Summary Judgment pending before the Court.

SIGNED on _____, 2016


_____

JUDGE PRESIDING