UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| SCOT CARLEY, on behalf of Himself and All Others Similarly Situated,<br><br>　　Plaintiffs,<br><br>VERSUS<br><br>CREST PUMPING TECHNOLOGIES, L.L.C.<br><br>　　Defendant. | NO. MO:15-CV-00161-RAJ-DC |

## VERIFICATION

**STATE OF TEXAS**
**COUNTY OF** ___Tarrant___

　　Before me, the undersigned notary public, duly commissioned and qualified for the County of ___Tarrant___, State of Texas, personally came and appeared:

KEVIN DENNIS

who, after being duly sworn, said the following:

1.　I have read the foregoing Crest Pumping Technologies, LLC's Objections and Answers to Plaintiff's First Set of Interrogatories to Defendant, propounded by Plaintiffs, Scot Carley and Brandon Brown.

2.　To the best of my knowledge, information, and belief, formed after a reasonable inquiry, the foregoing factual answers are true and correct.

_/s/ Kevin Dennis_
KEVIN DENNIS

{B1100936.1}

1

**EXHIBIT 2**

Sworn to before me this 9 TH day of May, 2016.

*Jamie L Martens*
Notary Public



{B1100936.1}

2