UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
SEP 14 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

SCOT CARLEY §
§
§ CIVIL NO:
vs. § MO:15-CV-00161-RAJ
§
§
CREST PUMPING TECHNOLOGIES, L.L.C. §

## EXHIBITS, Page

| Exhibit | Description | Date Admitted |
|---|---|---|
| DX-17.2 | Email Scott Carley | 9/12/16 |
| DX-17.8 | Email Scott Carley | |
| DX-17.11 | Email Scott Carley | |
| DX-17.19 | Email Scott Carley | |
| DX-17.22 | Email Scott Carley | |
| DX-17-23 | Email Scott Carley | |
| DX-17.42 | Email Scott Carley | |
| DX-19 | Scot Carly online application | |
| DX-1 | Scot Carly 2014 W-2 | |
| DX-16.32 | Email Brandon Brown | |
| DX-16.65 | Email Brandon Brown | |
| DX-16.73 | Email Brandon Brown | |
| DX-16.78 | Email Brandon Brown | |
| DX 4 | Brandon Brown 2014 W-2 | |
| DX 26 | Interrogatories Objection | |
| DX 3 | Scot Carley Employee Status Change | 9/13/16 |
| DX 2 | Scot Carley Employee Status Change | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

SCOT CARLEY                             §
                                        §   CIVIL NO:
vs.                                     §   MO:15-CV-00161-RAJ
                                        §
CREST PUMPING TECHNOLOGIES, L. L.       §
C.

## EXHIBITS, Page

| Exhibit | Description | Date Admitted |
|---|---|---|
| DX-18. | RR Commission Cementing Report | 9/13/16 |
| DX-10. | Vehicle Mileage Reports | |
| DX-5.  | Brandon Brown Employee Status Change | |
| DX-7.  | Brandon Brown Employee Status Change | |
| DX-8.  | Vacation Request Brandon Brown | |
| DX-9.  | Vacation Request Brandon Brown | |
| PX 3.  | Scott Carley Employee Bonus Agreement | 9/13/16 |
| PX 2.  | Scott Carley Promissory Note | |